OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: 21 OCTOBER, 2014

THERONE MAGEE

vs.

D.A. WALTER REED

Case No. 14-1554 Section JTM-SS

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) WALTER REED, DISTRICT ATTORNEY
   (address) 701 N. Columbia, Covington, LA 70433
2. (name) RONNIE GRACIANETTE, ADA
   (address) 701 N. Columbia, Covington, LA 70433
3. (name) JASON CUCCIA, ADA
   (address) 701 N. Columbia, Covington, LA 70433
4. (name) SHERIFF JACK STRAIN & SHERIFF'S DEPARTMENT OF ST. TAMMANY
   OFFICIAL CAPACITY
   (address) 701 N. Columbia St., Covington, LA 70433

Very truly yours,

_Therone Magee_
"Signature"

Attorney for X  X  X  X
Address 1835 Lababarre @ Mandeville LA 70448

___ Fee_____
___ Process Ssued and
 X  Dkd_____
___ CtRmDep_____
___ Doc. No._____