UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE | CIVIL ACTION |
| VERSUS | NO. 14-1554 |
| WALTER P REED et al | SECTION "H"(1) |

## NOTICE TO SHOW CAUSE

The record reflects that a Complaint was filed on July 3, 2014. Summons were issued to Plaintiff by the clerk on October 22, 2014. As of this date, service has not been effected upon Defendants.

> Rule 4(m) of the Federal Rules of Civil Procedure provides:
>
> Time Limit For Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff is instructed to file proof of service by **Thursday, February 12, 2015** or show good cause, in writing, why service of process has not been effected upon defendants.

If Plaintiff fails to show good cause or proof of service, this case will be dismissed without prejudice for failure to prosecute.

                JANE TRICHE MILAZZO
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

Issued for the Court

By:    s/Erin Mouledous
        Case Manager, Section H
        504-589-7695

Dated: **January 13, 2015**