#14-1554

# FAX

**To:** Federal ~~[redacted]~~ court  **Fax #** ~~[redacted]~~ 504 589-7521
**From:** Therone Magee  **Date:** 3-12-2015
**Re:**

**Pages:** 1

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply

**Comments:**

I Therone Magee Live at 1017 Wilkenson Mandeville LA 70448

Thank you

A Service brought to you from the St. Tammany Parish Library
Mandeville Branch (985) 626-4293 Fax (985) 624-4621