UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE | CIVIL ACTION |
| VERSUS | NO. 14-1554 |
| WALTER P REED et al | SECTION "H"(1) |

## SECOND NOTICE TO SHOW CAUSE

The record reflects that a Complaint was filed on July 3, 2014. Summons were issued to Plaintiff by the clerk on October 22, 2014. As of this date, service has not been effected upon Defendants.

> Rule 4(m) of the Federal Rules of Civil Procedure provides:
>
> Time Limit For Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff is instructed to file proof of service by **Thursday, April 9, 2015** or show good cause, <u>in writing</u>, why service of process has not been effected upon defendants.

If Plaintiff fails to file a response to this Court's Notice or file proof of service, this case will be dismissed without prejudice for failure to prosecute.

> JANE TRICHE MILAZZO
> UNITED STATES DISTRICT COURT
> EASTERN DISTRICT OF LOUISIANA
>
> Issued for the Court
>
> By:   s/Erin Mouledous
>       Case Manager, Section H
>       504-589-7695
>
> Dated: **March 12, 2015**