OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 4-9-15

Therone Magee

vs.

District Attorney Walter Reed

Case No. 14-1554 Section H 1    EtAl

Dear Sir:

Please (issue) (re-issue) (summons) on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)

(other :  _____ ) to the following:

1. (name) Sheriff Rodney "Jack" Strain
   (address) 701 North Columbia Street  Covington, LA 70433
2. (name) ADA Ronnie Gracianette, 22nd JDC-St Tammany
   (address) 701 North Columbia Street Covington LA 70433
3. (name) ADA Jason Cuccia, DA office
   (address) 701 North Columbia Street LA 70433
4. (name) St. Tammany Parish Sheriff's office
   (address) 701 North Columbia Street Covington LA 70433

Very truly yours,

Therone Magee
"Signature"

Attorney for  _____

Address  1017 Wilkonson St Mandeville LA 70448

985 714 6263

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __4-9-2015__

_____

vs.

_____

Case No. _____ Section ____

Dear Sir:

Please (issue) ~~(re-issue)~~ ~~(summons on)~~ the (complaint) ~~(amended complaint)~~ ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

5. (name) __Walter P. Reed__
   (address) __423 Gravier St New Orleans LA 70130__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____