## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

THERONE MAGEE                                    CIVIL ACTION

VERSUS                                           NO. 14-1554

WALTER P REED  ET AL                             SECTION "H"(1)

## ORDER SETTING SHOW CAUSE HEARING

Plaintiff, Therone Magee, has failed to comply with the Court's Third Show Cause Notice (Doc. 11);

**IT IS HEREBY ORDERED** that an **IN-COURT Show Cause Hearing** is set for **Monday, AUGUST 3, 2015 at 11:00 a.m.**  Plaintiff is required to appear in Court before U.S. District Judge Jane Triche Milazzo, Courtroom, C-224 to discuss the status of this matter.  **Failure of the Plaintiff to appear personally or through counsel, will result in the dismissal of this case.**

New Orleans, Louisiana, this 7th day of July, 2015.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE