UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO: 14–1554**

**WALTER REED, ET AL**                                         **SECTION: "H"(1)**

### ORDER

    **IT IS ORDERED** that the hearing currently set in this matter on August 3, 2015 is **RESET** on Tuesday, August 11, 2015 at 10:00 a.m.

    New Orleans, Louisiana, on this 16th day of July, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1