UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14–1554** |
| **WALTER REED, ET AL** | **SECTION: "H"(1)** |

### ORDER

**IT IS ORDERED** that the hearing currently set in this matter on August 11, 2015 is **RESET** on Thursday, September 3, 2015 at 11:00 a.m.

New Orleans, Louisiana, on this 23rd day of July, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**