MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 3, 2015

JS-10: 00:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERONE MAGEE                                             CIVIL ACTION

VERSUS                                                    NO. 14-1554

WALTER P REED ET AL                                       SECTION "H"(1)


SHOW CAUSE HEARING


CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: TERRI HOURIGAN

APPEARANCES:   THERONE MAGEE, PRO SE PLAINTIFF

Case called at 11:10 a.m.
Plaintiff advises the Court that he will be representing himself.
Plaintiff is given until **4:30 p.m. on October 16, 2015** to effect service upon defendants.
Court adjourned at 11:17 a.m.