THERONE MAGEE
(985) 714-6263


September 2, 2015


Hon. Judge Jane Triche-Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:     *Therone Magee vs. District Attorney Walter P. Reed, et al.* / Case No. 14-1554 "H"
        United States District Court for the Eastern District of Louisiana / Hearing on Service
        Unable to Get Service on Former District Attorney Walter P. Reed and others

Dear Judge Milazzo:

I had met with several persons about serving my Civil Rights lawsuit on former District Attorney Walter
Reed and the other defendants in St. Tammany Parish. I filed my lawsuit myself and met with several
people about serving my suit. I filed it last year before Walter Reed was indicted and before the
corruption in St. Tammany and Washington Parishes was publically known.

I am not sure, but I believe that people were afraid to serve Walter Reed and Sheriff Jack Strain. At one
time I had to get my papers and the summons re-issued because the people who were going to serve
them for me, told me there were mistakes that had to be corrected. I did that and the clerk of court was
very helpful in getting this done for me.  I have those papers with me.

I have asked other people about where to find Walter Reed to serve him. When he was the District
Attorney his office would not accept service for him on 701 N. Columbia Street at the Court House.
I did get several addresses including the address at 423 Gravier Street, in New Orleans close to this Court
House.  As the Court knows, I cannot not serve the defendants myself, nor can anyone related to me.

I have now found people who will help me locate and serve all of these defendants including Walter
Reed who will be served next month, when he appears in this Court House for his next hearing. The Civil
Rights Organization Louisiana United has guaranteed me that they will get everyone served.

I would like to have until October 15, 2015 in order to serve former District Attorney Walter Reed,
Sheriff Rodney Jack Strain and all the other defendants.

Thank you for your help with my request.

Sincerely yours,


Therone Magee