AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 14 2015
WILLIAM W. BLEVINS
CLERK

Therone Magee
_____
Plaintiff(s)

v.                                    Civil Action No. 14-1554
                                                        H1

District Attorney Walter P. Reed
_____
Defendant(s)
et al.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ADA Ronnie Gracianette, DA Office
22nd JDC - St Tammany 701 North Columbia St
Covington LA 70433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Therone Magee  1017 Wilkonson St
Mandeville LA, 70435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/9/2015                        _____
                                      Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ADA Ronnie Gracianette**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**DA Office** on *(date)* **10/8/2015** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/14/2015**

_____
Server's signature

**Belinda Parker Brown**
Printed name and title

**P.O. Box 2181 Slidell, La. 70459**
Server's address

Additional information regarding attempted service, etc: