AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED OCT 1 4 2015*
*WILLIAM W. BLEVINS*
*CLERK*

Therone Magee
*Plaintiff(s)*

v.

District Attorney Walter P. Reed et al.
*Defendant(s)*

Civil Action No. 14-1554 H1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

St. Tammany Parish Sheriff's office
701 North Columbia street
Covington LA, 70433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Therone Magee 1017 Wilkonson Mandeville LA 70448

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/9/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Case 2:14-cv-01554-JTM-JVM Document 19 Filed 10/14/15 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* St. Tammany Parish Sheriff's office, who is
designated by law to accept service of process on behalf of *(name of organization)*
STPSO _____ on *(date)* 10/8/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/14/2015

*Server's signature*

Belinda Parker Brown
*Printed name and title*

P.O. Box 2181 Slidell, La. 70459
*Server's address*

Additional information regarding attempted service, etc: