UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| THERON MAGEE | CIVIL ACTION NO.: 14-1554 |
|---|---|
| VERSUS | SECTION: "H" |
| DISTRICT ATTORNEY WALTER REED, ET AL. | MAGISTRATE: 02 |

## ORDER

Pursuant to Defendant's Motion for Extension of Time in Which to File Responsive Pleadings filed of record in this matter:

**IT IS ORDERED** that Rodney J. "Jack" Strain, Jr., in his capacity as Sheriff of St. Tammany Parish, sought to be made party defendant herein, be and is hereby granted a delay of twenty (20) days from the date of this order in which to file responsive pleadings to plaintiff's Complaint (Rec. doc. 1) in this matter.

New Orleans, Louisiana, this 29th day of October, 2015.

_____
JUDGE