UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | * | |
| | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO:  14-1554 |
| | * | |
| DISTRICT ATTORNEY WALTER P. | * | SECTION:          "H" |
| REED, ST. TAMMANY PARISH | * | |
| RODNEY STRAIN, ADA RONNIE | * | MAGISTRATE:    02 |
| GRACIANETTE, ADA JASON CUCCIA, | * | |
| ST. TAMMANY PARISH DISTRICT | * | |
| ATTORNEY'S OFFICE, ST. TAMMANY | * | |
| PARISH SHERIFF'S OFFICE, DEPUTIES | * | |
| JOHN AND JANE DOES, ABC INS. CO. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Extension of Time in Which to File Responsive Pleadings;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Ronald Gracianette and Jason Cuccia, in their capacity as Assistant District Attorneys for the 22nd Judicial District Attorney's Office, sought to be made defendants herein, are hereby granted an extension for a period of twenty-one (21) days from the time the pleading would otherwise be due to file responsive pleadings to plaintiff's Complaint (Doc. 1) in the above-captioned matter.

**READ AND RENDERED** in New Orleans, Louisiana, this 29th day of October, 2015.

_____

**UNITED STATES DISTRICT COURT JUDGE**