UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED** | **SECTION: "H"(1)** |

## ORDER

Before the Court is a Motion for Continuance filed by Plaintiff (Doc. 28). Plaintiff seeks a continuance of the submission dates of the motions to dismiss filed by Defendants (Docs. 26 and 27). The Court has considered this Motion and finds that a continuance is warranted. Accordingly;

**IT IS ORDERED** that the submission dates for Defendants Jason Cuccia and Ronald Gracianette's Motion to Dismiss (Doc. 26) and Defendant Walter Reed's Motion to Dismiss (Doc. 27) are **RESET** for February 10, 2016. Any opposition by Plaintiff is due no later than February 2, 2016.

New Orleans, Louisiana this 12th day of January, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1