UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE | * <br> * <br> * |
| VERSUS | *   CIVIL ACTION NO:  14-1554 <br> * |
| DISTRICT ATTORNEY WALTER P. REED, ST. TAMMANY PARISH RODNEY STRAIN, ADA RONNIE GRACIANETTE, ADA JASON CUCCIA, ST. TAMMANY PARISH DISTRICT ATTORNEY'S OFFICE, ST. TAMMANY PARISH SHERIFF'S OFFICE, DEPUTIES JOHN AND JANE DOES, ABC INS. CO. | *   SECTION:          "H" <br> * <br> *   MAGISTRATE:    02 <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

The instant Reply Memorandum is respectfully submitted on behalf of Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District Attorney's Office, in Support of the previously filed Motion to Dismiss (Doc. 27) and in response to the Opposition Memorandum filed by Plaintiff, Therone Magee (Doc. 30). Plaintiff's Opposition does not provide a legal basis for denying the Motion to Dismiss for failure to serve within the 120 day period delineated in Rule 4 of the Federal Rules of Civil Procedure. Rather, he seeks yet another extension to comply with these Rules. It must be noted that this Honorable Court has ordered Plaintiff to show cause on three previous occasions why service had not been effected. (Doc. 4, Doc. 9, and Doc. 11). On September 3, 2015, Plaintiff was ordered to effect service on the Defendants by 4:30 pm on October 16, 2015. (Doc. 15). Despite this Order and the passage of more than twenty (20) months since Plaintiff's Complaint was filed, Plaintiff has failed to serve Walter P. Reed in his official capacity.

1

In addition to the extensions of time to effect service, Plaintiff's Motion to Continue the instant Motion to Dismiss was also granted (Doc. 28 and 29), and he was given additional time to file his Opposition to this Motion.  Plaintiff did not serve or attempt to serve Walter P. Reed during this extended period to file his Opposition Memorandum.  Moreover, the information that Plaintiff asserts he learned regarding Mr. Reed's address is on a public website and was readily accessible by Plaintiff.

The Fifth Circuit Court of Appeals has consistently held that a district court's dismissal with prejudice is warranted where there is "a clear record of delay or contumacious conduct by the plaintiff exists" and "a lesser sanction would not better serve the interests of justice."  See *Millan v. USAA Gen. Indem. Co.,* 546 F.3d 321, 325-26 (5th Cir. 2008), citing *Gray v. Fid. Acceptance Corp*., 634 F.2d 226, 227 (5th Cir. 1981) (quoting *Durham v. Florida E. C. R. Co.*., 385 F.2d 366, 368 (5th Cir. 1967), and *Brown v. Thompson*, 430 F.2d 1214, 1216 (5th Cir. 1970)).

Here, there is a clear record of delay and Plaintiff has continuously disregarded the deadlines imposed by this Honorable Court.  Plaintiff has not demonstrated good cause for his failure to serve Walter P. Reed in his official capacity over the course of the past twenty months.  Due to the lengthy period of time that has elapsed since the filing of Plaintiff's complaint and his disregard of Court Orders, the claims against Walter P. Reed must be dismissed.

## CONCLUSION

For the reasons cited herein and in the original Memorandum in Support of the Motion to Dismiss, Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District Attorney's Office, respectfully requests that this Honorable Court grant his Motion to

Dismiss, and dismiss plaintiff's claims against him pursuant to Federal Rules of Civil Procedure 12(b)(2) and (5) for lack of personal jurisdiction and insufficient service of process.

Respectfully submitted:

BY: *s/ Emily G. Couvillon*_____
**EMILY G. COUVILLON (31114)**
701 N. Columbia Street
Covington, Louisiana  70433
Telephone:  (985) 809-8383
Facsimile:   (985) 809-8365
ecouvillon@22da.com
Counsel for Defendant, Walter P. Reed, in his official capacity

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that I have on this 4th day of February 2016, served a copy of the foregoing pleading upon known counsel for all parties to this proceeding via electronic transmission with the Clerk of Court through the CM/ECF filing system and by mailing same via United States Mail, properly addressed and postage prepaid, to the following non-CM/ECF participant:  Therone Magee, 1017 Wilkinson Street, Mandeville, LA 70448.

 *s/ Emily G. Couvillon*_____
**EMILY G. COUVILLON**