UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | * | |
| | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO: 14-1554 |
| | * | |
| DISTRICT ATTORNEY WALTER P. REED, ST. TAMMANY PARISH RODNEY STRAIN, ADA RONNIE GRACIANETTE, ADA JASON CUCCIA, ST. TAMMANY PARISH DISTRICT ATTORNEY'S OFFICE, ST. TAMMANY PARISH SHERIFF'S OFFICE, DEPUTIES JOHN AND JANE DOES, ABC INS. CO. | * * * * * * * | SECTION:     "H" MAGISTRATE:  02 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss;

**IT IS HEREBY ORDERED** that the Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss filed on behalf of Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District Attorney's Office, is hereby GRANTED.

READ AND RENDERED in New Orleans, Louisiana, this 10th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE