UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERON MAGEE | CIVIL ACTION |
| VERSUS | NO. 14-1554-JTM-SS |
| WALTER P. REED, ET AL. | |

### ORDER

A **TELEPHONE** status conference is scheduled in the above-captioned case on **Monday, May 16, 2016 at 9:00 a.m.** before Magistrate Judge Sally Shushan. The Court will initiate the conference call.

New Orleans, Louisiana, dated May 5, 2016.

_____
**SALLY SHUSHAN
United States Magistrate Judge**