**MINUTE ENTRY**
**MJ SHUSHAN**
**MAY 16, 2016**
**MJSTAR: 00:30**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THERON MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1554-JTM-SS** |
| **WALTER P. REED, ET AL.** | |

A **TELEPHONE** status conference was held in the above-captioned case on **Monday, May 16, 2016 at 9:00 a.m.** before Magistrate Judge Sally Shushan. Participating in the telephone status conference were:   Theron Magee, Pro Se; Emily Couvillon, representing defendants, Walter P. Reed, Ronald Gracianette and Jason Cuccia; Chuck Hughes, representing Rodney J. Strain, Jr.; and Judge Milazzo's case manager, Erin Mouledous.

In the order and reasons issued by Judge Milazzo on May 4, 2016, rec. doc. 36, she granted Mr. Magee an additional sixty (60) days from the entry of the order within which to effect service on Walter Reed, St. Tammany Parish District Attorney, in his official capacity.   Judge Milazzo also referred this matter to the undersigned "for consideration of whether appointment of counsel to represent plaintiff in this matter is warranted."   Id. at 8.

In discussion with Mr. Magee, he affirmed that he was requesting appointment of counsel to represent him in this matter.   Because the District Judge has found that the allegations contained in the complaint are not frivolous, the undersigned finds that the plaintiff's request for appointment

of counsel is warranted.   Accordingly, Kenneth C. Bordes is appointed as counsel to represent

Mr. Magee in this litigation.   Mr. Bordes is thanked in advanced for his service to the Court as a

member of the Civil Pro Bono Counsel Panel of the New Orleans Chapter of the Federal Bar

Association.

New Orleans, Louisiana, dated May 19, 2016.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

**CLERK TO SERVE:**
Kenneth C. Bordes
2725 Lapeyrouse Street
New Orleans, LA   70119
(504) 588-2700
kcb@kennethbordes.com