UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | * | |
| | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO:  14-1554 |
| | * | |
| DISTRICT ATTORNEY WALTER P. | * | SECTION:          "H" |
| REED,  ST. TAMMANY PARISH | * | |
| RODNEY STRAIN, ADA RONNIE | * | MAGISTRATE:    1 |
| GRACIANETTE, ADA JASON CUCCIA, | * | |
| ST. TAMMANY PARISH DISTRICT | * | |
| ATTORNEY'S OFFICE, ST. TAMMANY | * | |
| PARISH SHERIFF'S OFFICE, DEPUTIES | * | |
| JOHN AND JANE DOES, ABC INS. CO. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the above and forgoing Ex Parte Motion to Enroll Additional Counsel of Record Filed on Behalf of Ronald T. Gracianette and Jason Cuccia, in their official capacities as Assistant District Attorneys for the 22nd Judicial District Attorney's Office,

**IT IS ORDERED** that Cary Menard be and is hereby enrolled as additional counsel of record on behalf of Ronald T. Gracianette and Jason Cuccia, in their official capacities as Assistant District Attorneys for the 22nd Judicial District Attorney's Office.

**NEW ORLEANS, LOUISIANA,** this 26th day of May, 2016.

_____
**HONORABLE JANE TRICHE MILAZZO**