UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
MAY 23 P 3:59
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| **THERONE MAGEE** | * | CIVIL ACTION |
| **PLAINTIFF** | * | |
| | * | CASE NO. 14-1554 |
| **VERSUS** | * | |
| | * | SECTION: H |
| **WALTER P. REED, ET AL.** | * | |
| **DEFENDANTS** | * | MAG: 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SUMMONS AND SERVICE ON FORMER
DISTRICT ATTORNEY WALTER P. REED**

<u>**AFFIDAVIT OF BELINDA PARKER BROWN**</u>
**AS TO SERVICE MADE ON DEFENDANT
WALTER P. REED, PERSONALLY
ON APRIL 19, 2016**

Before me, the undersigned authority for the State of Louisiana, appeared **Ms. Belinda Parker Brown**, who after being sworn, did testify as follows:

1.

I am **Belinda Parker Brown**, the President of Louisiana United International.

2.

I was provided with the summons and lawsuit and amended lawsuit by Mr. Therone Magee, who was appearing Pro Se, on his own behalf.

3.

I had tried to serve **Walter P. Reed** at the District Attorney's Office in Covington, at 701 N. Columbia Street, Covington, LA - but they refused to accept service for Mr. Reed, although Attorney ADA Ms. Emily G. Couvillon did subsequently file a motion to dismiss Mr. Magee's lawsuit on behalf of Mr. Reed, even though it was their own office which would not accept the very service and summons for the case they wanted dismissed.

4.

Their motion to dismiss for Walter P. Reed was denied by Hon. Judge Milazzo on May 4, 2016. Since they would not accept service for Walter Reed, I am not sure why they filed the motion to dismiss for Mr. Reed, since it was their office who would not accept the summons for him. I am also not certain why the St. Tammany taxpayers are still paying for and the St. Tammany District Attorney's Office is still representing Walter Reed, who was convicted

Fee_____
Process_____
X  Dktd_____
_  CtRmDep_____
_  Doc. No._____

of eighteen [18] federal crimes on May 2, 2016 and indicted on April of 2015. Why are the St. Tammany taxpayers still paying for Mr. Reed's representation by the District Attorney?

5.

Hon. Judge Milazzo understood and <u>denied</u> the motion that the St Tammany Parish District Attorney's Office itself filed for defendant Walter P. Reed and the, and gave Mr. Magee, an additional sixty [60] days to serve him. Mr. Reed was served personally two weeks later.

6.

<u>I served Mr. Reed outside Judge Fallon's courtroom on April 19, 2016, when Mr. Walter Reed was walking into the courtroom for his criminal trial.</u> Photographs of me serving Mr. Reed on April 19, 2016, which are attached to this document.

7.

Therefore, we have accomplished the service which Hon. Judge Milazzo, had ordered us to do, for Mr. Therone Magee who will soon be represented by an attorney appointed by the Honorable Court.

**JURAT**

_____
**BELINDA PARKER BROWN, AFFIANT**
Louisiana United International
P.O. Box 2181, Slidell, LA 70459

Sworn and subscribed before me, the undersigned authority of the State of Louisiana, on the _____ day of May, 2016.

_____
Notary Public [Printed Name]: _____

LA Notary No. _____

Term of Commission _____

Certificate of Service: I Belinda Parker Brown, have served the defendants in this matter with a copy of this pleading, by mail on or before May 20, 2016.

_____
**BELINDA PARKER BROWN**





Case 2:14-cv-01554-JTM-JVM   Document 44   Filed 05/23/16   Page 3 of 3