UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL RIGHTS ACTION** |
| | * | **14-1554 "H"(2)** |
| Versus | * | |
| | * | **JUDGE:** |
| **DISTRICT ATTORNEY OF WALTER** | * | **JANE TRICHE MILAZZO** |
| **P. REED, ST. TAMMANY PARISH RODNEY** | * | |
| **STRAIN, ADA RONNIE GRACIANETTE,** | * | **MAG JUDGE:** |
| **ADA JASON CUCCIA, ST. TAMMANY** | * | **JOSEPH C. WILKINSON, JR.** |
| **PARISH DISTRICT ATTORNEYS OFFICE,** | * | |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE,** | * | **JURY TRIAL** |
| **DEPUTIES JOHN AND JANE DOES, ABC** | * | |
| **INSURANCE COMPANIES** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

In consideration of the foregoing Motion and the Consent by Plaintiff's Counsel,

**IT IS ORDERED** that Richard T. Simmons, Jr. be entered as counsel of record for Walter P. Reed, in his individual capacity, and that Walter Reed is granted thirty (30) days within which to file responsive pleadings in his official capacity and in his individual capacity.

_____
UNITED STATES DISTRICT JUDGE