UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | *  **CIVIL RIGHTS ACTION** |
| | *  **NO. 14-1554** |
| **VERSUS** | * |
| | *  **SECTION: "H" (2)** |
| **WALTER REED, et. al.** | * |
| | *  **JURY TRIAL** |
| * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the foregoing *Ex Parte Motion and Order for Leave to File a Supplemental Complaint and Extension of Time to Amend* filed by Plaintiff,

**IT IS HEREBY ORDERED THAT** the Plaintiff's Motion for extension of time of one (1) week to file a supplemental and amended Complaint is GRANTED.

ORDERED in New Orleans, Louisiana, this 5th day of July, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**