UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE<br><br>VERSUS<br><br>DISTRICT ATTORNEY WALTER REED, ET AL. | CIVIL ACTION NO.: 14-1554<br><br>SECTION: "H"<br><br>MAGISTRATE: 02<br><br>JURY DEMAND |

## O R D E R

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record;

**IT IS ORDERED** that Chadwick W. Collings, Esq., of the law firm Milling Benson Woodward L.L.P., is substituted as counsel of record on behalf of defendant, Rodney J. "Jack" Strain, Jr., in his capacity as Sheriff of St. Tammany Parish, and as such, be entered on the record and docket thereof.

**IT IS FURTHER ORDERED** that Charles M. Hughes, Esq., and the law firm of Talley, Anthony, Hughes & Knight, L.L.C., is hereby withdrawn as counsel of record for Rodney J. "Jack" Strain, Jr., in his capacity as Sheriff of St. Tammany Parish.

New Orleans, Louisiana, this 12th day of July, 2016.

_____
JUDGE