UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL RIGHTS ACTION** |
| | * | **NO. 14-1554** |
| **Versus** | * | |
| | * | **JUDGE:** |
| **DISTRICT ATTORNEY OF WALTER** | * | **JANE TRICHE MILAZZO** |
| **P. REED, ST. TAMMANY PARISH RODNEY** | * | |
| **STRAIN, ADA RONNIE GRACIANETTE,** | * | **MAG JUDGE:** |
| **ADA JASON CUCCIA, ST. TAMMANY** | * | **JOSEPH C. WILKINSON, JR.** |
| **PARISH DISTRICT ATTORNEYS OFFICE,** | * | |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE,** | * | **JURY TRIAL** |
| **DEPUTIES JOHN AND JANE DOES, ABC** | * | |
| **INSURANCE COMPANIES** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# O R D E R

In consideration of the Unopposed Motion for Extension of Time;

**IT IS HEREBY ORDERED** that the defendants file any responsive pleadings to the Second Amended Complaint and any earlier Complaints by August 8, 2016.

New Orleans, Louisiana this 19th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE