UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE | CIVIL ACTION NO.: 14-1554 |
| VERSUS | SECTION "H" |
| DISTRICT ATTORNEY WALTER REED, ET AL. | JUDGE: JANE TRICHE MILAZZO |
| | MAGISTRATE: SALLY SHUSHAN |

<u>STATUS REPORT BY DEFENDANTS WALTER P. REED, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, RONALD GRACIANETTE AND JASON CUCCIA, IN THEIR RESPECTIVE OFFICIAL CAPACITIES</u>

Defendants, Walter P. Reed, in his official and individual capacities, Ronald Gracianette and Jason Cuccia, in their respective official capacities, respectfully submit the following status report, as required by this Court's Scheduling Order in anticipation of the status conference currently scheduled for August 4, 2016 at 2:00 p.m.

**1) A brief description of the basis for jurisdiction**

Plaintiff asserts that this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1367 (supplemental jurisdiction) as he alleges civil rights violations arising under 42 U.S.C. §§ 1983, 1985, 1986 and 1988. Defendants herein do not challenge the basis for this Court's jurisdiction at this time. Should plaintiff fail to maintain federal question jurisdiction, defendants respectfully suggest that this Court would likewise no longer maintain supplemental jurisdiction to hear the pending state law claims.

**2) A listing of any discovery done**

The only discovery thus far has been the exchange of Rule 26(a) initial disclosures.

**3) A listing of any specialized discovery that may be involved in this matter**

Defendants herein do not anticipate the use of any specialized discovery.

**4) Whether or not this matter should be fast-tracked for settlement**

Defendants herein do not request that this matter be fast-tracked for settlement.

Respectfully submitted:

By: /s/Cary J. Menard
**CARY J. MENARD (No. 09426)**
701 N. Columbia Street
Covington, LA 70533
Telephone: (985) 809-8383
Facsimile: (985) 809-8365
*Counsel for Walter P. Reed, Ronald Gracianette, and Jason Cuccia In Their Respective Official Capacities*

HAILEY, MCNAMARA, HALL,
LARMANN & PAPALE, LLP
By: /s/Richard T. Simmons, Jr.
**RICHARD T. SIMMONS, JR. (No. 12089)**
One Galleria Blvd., Suite 1400
Metairie, LA 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
*Counsel for Walter P. Reed, In His Individual Capacity*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Status Report has been filed electronically via the CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Covington, Louisiana this 27th day of July, 2016.

                                               /s/Cary J. Menard  
                                               CARY J. MENARD