**MINUTE ENTRY**
**MILAZZO, J.**
**August 4, 2016**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                    **CIVIL ACTION**


**VERSUS**                                                    **NO: 14-1554**


**WALTER REED, ET AL**                              **SECTION "H"**

### MINUTE ENTRY

On August 4, 2016, the Court held a preliminary status conference. Kenneth Bordes participated on behalf of Plaintiff; Chadwick Collins participated on behalf of Defendant Randy Smith, Rick Simmons participated on behalf of Walter Reed in his individual capacity, and Cary Menard participated on behalf of Walter Reed in his official capacity.  The parties updated the Court on the status of the case.

**IT IS ORDERED** that the deadline to amend pleadings is **CONTINUED AND RESET** for August 15, 2016.

**IT IS FURTHER ORDERED** that the deadline to file any responsive pleadings is **CONTINUED AND RESET** for September 15, 2016.

**IT IS FURTHER ORDERED** that a follow up status conference is **SET** for October 4, 2016 at 3:30 p.m.

(JS-10:20)