UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                          **CIVIL ACTION**

**VERSUS**                                                          **NO: 14-1554**

**WALTER REED**                                            **SECTION: "H"(1)**

### ORDER

Before the Court is Defendants' Motion to Stay (Doc. 62). Plaintiff does not oppose this Motion. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**. This matter is **STAYED AND ADMINISTRATIVELY CLOSED**. Counsel shall submit a joint status report, in letter form, no later than September 23, 2016, updating the court on the status of the criminal charges pending against Plaintiff in the 22nd Judicial District Court for the Parish of St. Tammany. This report may be faxed to chambers at (504) 589-7521 or emailed to jenny_rudolph@laed.uscourts.gov. The Court will evaluate the continued need for a stay at that time.

New Orleans, Louisiana this 7th day of September, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1