MINUTE ENTRY
MILAZZO, J.
October 4, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERONE MAGEE                                              CIVIL ACTION

VERSUS                                                     NO: 14-1554

WALTER REED, ET AL                                         SECTION "H"

## MINUTE ENTRY

On October 4, 2016, the Court held a telephone status conference. Kenneth Bordes participated on behalf of Plaintiff; Chadwick Collins participated on behalf of Defendant Randy Smith, Rick Simmons participated on behalf of Walter Reed in his individual capacity, and Cary Menard participated on behalf of Walter Reed in his official capacity. James Gilbert participated on behalf of the Court. The parties updated the Court on the status of the case.

**IT IS ORDERED** that the stay of this matter currently in effect is **CONTINUED**.

**IT IS FURTHER ORDERED** that a follow up telephone status conference is **SET** in this matter for December 14, 2016 at 2:00 p.m. Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

**IT IS FURTHER ORDERED** that counsel for plaintiff shall submit a status report, in letter form, updating the Court on the status of the related

criminal proceedings no later than December 7, 2016. This report may be emailed to jenny_rudolph@laed.uscourts.gov or faxed to chamber at (504) 589-7521.

(JS-10:05)