UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERONE MAGEE                                    CIVIL ACTION

VERSUS                                           NO: 14-1554

WALTER REED                                      SECTION: "H"(1)

## ORDER

In light of Plaintiff's status report;

**IT IS ORDERED** that the stay of this matter currently in effect is **CONTINUED**.

**IT IS FURTHER ORDERED** that the follow up telephone status conference currently set for December 14, 2016 is **CONTINUED AND RESET** for January 25, 2017 at 11:30 a.m.  Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

**IT IS FURTHER ORDERED** that counsel for plaintiff shall submit a status report, in letter form, updating the Court on the status of the related criminal proceedings no later than January 20, 2017.  This report may be

1

emailed to jenny_rudolph@laed.uscourts.gov or faxed to chamber at (504) 589-7521.

New Orleans, Louisiana this 12th day of December, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**