UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED** | **SECTION: "H"(1)** |

### ORDER

In light of Plaintiff's status report;

**IT IS ORDERED** that the stay of this matter currently in effect is **CONTINUED**.

**IT IS FURTHER ORDERED** that the follow up telephone status conference currently set for March 28, 2017 is **CONTINUED AND RESET** for May 25, 2017 at 1:30 p.m.  Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

**IT IS FURTHER ORDERED** that counsel for plaintiff shall submit a status report, in letter form, updating the Court on the status of the related criminal proceedings no later than May 19, 2017.  This report may be emailed to jenny_rudolph@laed.uscourts.gov or faxed to chamber at (504) 589-7521.

1

New Orleans, Louisiana this 24th day of March, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**