UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                          **CIVIL ACTION**

**VERSUS**                                  **NO: 14-1554**

**WALTER REED**                           **SECTION: "H"(1)**

## ORDER

In light of Plaintiff's status report;

**IT IS ORDERED** that the stay of this matter currently in effect is **CONTINUED**.

**IT IS FURTHER ORDERED** that the follow up telephone status conference currently set for December 13, 2017 is **CONTINUED AND RESET** for March 13, 2018 at 1:30 p.m. Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

**IT IS FURTHER ORDERED** that counsel for plaintiff shall submit a status report, in letter form, updating the Court on the status of the related criminal proceedings no later than March 6, 2018. This report may be emailed to jenny_rudolph@laed.uscourts.gov or faxed to chamber at (504) 589-7521.

New Orleans, Louisiana this 12th day of December, 2017.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**