UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                                         **CIVIL ACTION**

**VERSUS**                                                                    **NO: 14-1554**

**WALTER REED**                                                       **SECTION: "H"(1)**

### ORDER

In light of Plaintiff's status report;

**IT IS ORDERED** that the stay of this matter currently in effect is **CONTINUED**.

**IT IS FURTHER ORDERED** that the follow up telephone status conference currently set for March 13, 2018 is **CONTINUED AND RESET** for June 13, 2018 at 2:30 p.m. Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

**IT IS FURTHER ORDERED** that counsel for plaintiff shall submit a status report, in letter form, updating the Court on the status of the related criminal proceedings no later than June 7, 2018.  This report may be emailed to jenny_rudolph@laed.uscourts.gov or faxed to chamber at (504) 589-7521.

New Orleans, Louisiana this 13th day of March, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**