MINUTE ENTRY
MILAZZO, J.
June 13, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED** | **SECTION: "H"(1)** |

### MINUTE ENTRY

On June 13, 2018, the Court held a telephone status conference. Kenneth Bordes participated on behalf of Plaintiff; Cary Menard participated on behalf of Defendants Walter Reed in his official capacity, Ronald Gracianette, and Jason Cuccia; Chadwick Collings participated on behalf of Defendant Rodney Strain in his official capacity, Christopher Comeaux, Randy Smith, and Brandon Stephens; Richard Simmons participated on behalf of Defendant Walter Reed in his personal capacity. The parties updated the Court on the status of the related state criminal case.

**IT IS ORDERED** that the stay is LIFTED and the case is REOPENED.

(JS-10:3)