UNITED  STATES  DISTRICT  COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | * | CIVIL ACTION NO. 14-1554 |
| | * | |
| | * | |
| | * | SECTION: H |
| VERSUS | * | |
| | * | |
| WALTER P. REED, ADA RONALD | * | JUDGE: |
| GRACIANETTE, ADA JASON CUCCIA, | * | JANE  TRICHE  MILAZZO |
| ST. TAMMANY PARISH DISTRICT | * | |
| ATTORNEY'S OFFICE, ST. TAMMANY | * | |
| SHERIFF RANDY SMITH, BRANDON | * | MAGISTRATE     JUDGE: |
| STEPHENS, CHRISTOPHER COMEAUX, | * | JANIS  VAN  MEERVELD |
| DEPUTIES JOHN AND JANE DOE, AND | * | |
| ABC INSURANCE COMPANIES | * | |
| | * | JURY TRIAL |
| | * | |

*************************************************************************

ANSWER TO FOURTH AMENDED AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District, State of Louisiana, Ronald T. Gracianette, and Jason Cuccia (collectively "Defendants") who in response to Plaintiff's Fourth Amended and Supplemental Complaint [R. Doc. 59] ("Complaint")[1] respectfully represent as follows:

FIRST AFFIRMATIVE DEFENSE

This Honorable Court lacks jurisdiction over the subject matter of this case.

---

[1] Defendants note that Plaintiff has not filed a Third Amended and Supplemental Complaint.

## SECOND AFFIRMATIVE DEFENSE

This Honorable Court lacks *in personam* jurisdiction over Ronald T. Gracianette and Jason Cuccia.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted, including failure to state a constitutional violation herein.

## FOURTH AFFIRMATIVE DEFENSE

Defendants assert the defenses of absolute immunity and/or qualified immunity. Defendants each plead both aspects of qualified immunity with respect to Plaintiff's claims – that being immune from suit and immune from liability.

## FIFTH AFFIRMATIVE DEFENSE

The Complaint and the previous complaints filed by Plaintiff were untimely filed as to some, if not all, of Plaintiff's claims against Defendants, and therefore are barred by the applicable statute of limitations and/or state law prescriptive periods.

## SIXTH AFFIRMATIVE DEFENSE

Defendants assert the affirmative defense of failure to mitigate any damages that Plaintiff may have suffered, despite a legal duty to do so.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants specifically aver that, at all relevant times, their conduct and actions were reasonable, justified, and legally permissible under the circumstances.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants plead the provisions of Louisiana Revised Statute 13:5101, et seq. and Louisiana Revised Statute 9:2798.1.

## NINTH AFFIRMATIVE DEFENSE

Defendants assert that they did not participate in the decision to arrest and/or detain Plaintiff. Defendants assert that they acted at all times within their legal authority as prosecutors, and their actions were taken in good faith, without malice, with reasonable belief that their actions were constitutional in nature and without any intention to harm Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

As to any official capacity claims, an isolated incident such as alleged herein is insufficient to support the cause of action.

## ELEVENTH AFFIRMATIVE DEFENSE

None of the acts and/or actions by the Defendants support any type of valid *Monell* claim in this matter. *Monell v. New York City Dept. of Social Services*, 36 U.S. 658 (1978).

## TWELFTH AFFIRMATIVE DEFENSE

There is no policy or custom as required for official liability pursuant to 42 U.S.C. § 1983.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff cannot meet his burden of showing that under 42 U.S.C. § 1983 a "direct causal link" between any municipal action or omission and the deprivation of any federal rights, any deprivation of which is specifically denied.

### FOURTEENTH AFFIRMATIVE DEFENSE

None of the actions and/or omissions by the Defendants warrant a finding of vicarious liability and they do not support a claim under the theory of *respondeat superior* pursuant to state law.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendants plead the comparative fault of Plaintiff and/or other entities who are not parties to this instant matter.  Defendants further assert as an affirmative defense the contributory negligence and/or intentional misconduct and/or assumption of the risk by Plaintiff.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's allegations, even if proven, do not adequately disclose the deprivation of a protected federal constitutional right.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendants specifically deny both the extent and measure of damages alleged by Plaintiff in this proceeding, and specifically deny that they are in any manner legally liable for any of that amount.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendants submit that Plaintiff's claims are frivolous, groundless, and unreasonable.  As such, Defendants are entitled to an award against the Plaintiff for all attorney's fees and costs incurred in the defense of this case.

<u>NINETEENTH AFFIRMATIVE DEFENSE</u>

Pursuant to Federal Rules of Civil Procedure Rule 10(c), Defendants adopt by reference all defenses and affirmative defenses of other parties here that seek to defeat or diminish Plaintiff's claims to the extent those defenses and affirmative defenses are consistent with the facts and circumstances pertinent to Defendants.

<u>TWENTIETH AFFIRMATIVE DEFENSE</u>

Defendants specifically reserve the right to plead and assert any and all additional defenses that may become evident after further discovery and investigation have been conducted, and further declare their intention to avail themselves of all constitutional, statutory, and jurisprudential defenses legally and factually available to them.

**AND NOW**, further answering the Complaint, Defendants answer the individual allegations as follows:

1.

The allegations contained in paragraph 1 of Plaintiff's Complaint are denied as they contain, and/or call for, a substantive issue of law and/or fact.

2.

The allegations contained in paragraph 2 of Plaintiff's Complaint are denied as they contain, and/or call for, a substantive issue of law and/or fact.

3.

The allegations contained in paragraph 3 of Plaintiff's Complaint are denied as they contain, and/or call for, a substantive issue of law and/or fact.

4.

The allegations contained in paragraph 4 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

5(A).

The allegations contained in paragraph 5(A) of Plaintiff's Complaint are admitted only insofar as Defendants admit that, at the time of some of the events alleged in the Complaint, Defendant Walter P. Reed, in his official capacity, was the District Attorney for the 22nd Judicial District. The remaining allegations are denied.

5(B).

The allegations contained in paragraph 5(B) of Plaintiff's Complaint are admitted only insofar as Defendants admit that, at the time of the events alleged in the Complaint, Ronald T. Gracianette was an employee of the 22nd Judicial District Attorney's Office. The remaining allegations are denied.

5(C).

The allegations contained in paragraph 5(C) of Plaintiff's Complaint are admitted only insofar as Defendants admit that, at the time of the events alleged in the Complaint, Jason Cuccia was an employee of the 22nd Judicial District Attorney's Office. The remaining allegations are denied.

5(D).

The allegations contained in paragraph 5(D) of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

5(E).

The allegations contained in paragraph 5(E) of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

5(F).

The allegations contained in paragraph 5(F) of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

5(F).[2]

The allegations contained in duplicate paragraph 5(F) of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

5(G).

The allegations contained in paragraph 5(G) of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in paragraph 6 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

---

[2] Defendants note that Plaintiff's Complaint mis-numbered this paragraph as a duplicate paragraph 5(F). Defendants deny the allegations contained in this duplicate paragraph.

8.

The allegations contained in paragraph 8 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in paragraph 9 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in paragraph 10 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

11.

The allegations contained in paragraph 11 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in paragraph 12 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in paragraph 13 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in paragraph 14 of Plaintiff's Complaint are denied as for lack of sufficient information to justify a belief therein.

15.

The allegations contained in paragraph 15 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in paragraph 16 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in paragraph 17 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in paragraph 18 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in paragraph 19 of Plaintiff's Complaint are denied.

20.

The allegations contained in paragraph 20 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in paragraph 21 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in paragraph 22 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

23.

The allegations contained in paragraph 23 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

24.

The allegations contained in paragraph 24 of Plaintiff's Complaint are denied.

25.

The allegations contained in paragraph 25 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations contained in paragraph 26 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein. Defendants further aver that the court records are the best evidence of the disposition of the referenced matter.

27.

The allegations contained in paragraph 27 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein. Defendants further aver that the court records are the best evidence of the disposition of the referenced matter.

28.

The allegations contained in paragraph 28 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

29.

Defendants admit that a document purporting to be an original complaint was filed in this matter on or about July 3, 2014. The remaining allegations contained in paragraph 29 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

30.

The allegations contained in paragraph 30 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

31.

The allegations contained in paragraph 31 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in paragraph 32 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

33.

The allegations contained in paragraph 33 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

34.

The allegations contained in paragraph 34 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

35.

The allegations contained in paragraph 35 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

36.

The allegations contained in paragraph 36 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

37.

The allegations contained in paragraph 37 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

38.

The allegations contained in paragraph 38 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations contained in paragraph 39 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

40.

The allegations contained in paragraph 40 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

41.

The allegations contained in paragraph 41 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

42.

The allegations contained in paragraph 42 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

43.

The allegations contained in paragraph 43 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

44.

The allegations contained in paragraph 44 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

45.

The allegations contained in paragraph 45 of Plaintiff's Complaint are denied.

46.

The allegations contained in paragraph 46 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

47.

The allegations contained in paragraph 47 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

48.

The allegations contained in paragraph 48 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein. Defendants further note that court records are the best evidence of the status of the allegedly filed and pending motion for recusal.

49.

The allegations contained in paragraph 49 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein. Defendants further note that court records are the best evidence of the status of the allegedly filed and pending motion for recusal.

50.

The allegations contained in paragraph 50 of Plaintiff's Complaint are denied.

51.

The allegations contained in paragraph 51 of Plaintiff's Complaint are denied.

52.

The allegations contained in paragraph 52 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

53.

The allegations contained in paragraph 53 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

54.

The allegations contained in paragraph 54 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

55.

The allegations contained in paragraph 55 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

56.

The allegations contained in paragraph 56 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

57.

The allegations contained in paragraph 57 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

58.

The allegations contained in paragraph 58 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

59.

The allegations contained in paragraph 59 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

60.

The allegations contained in paragraph 60 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

61.

The allegations contained in paragraph 61 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

62.

The allegations contained in paragraph 62 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

63.

The allegations contained in paragraph 63 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

64.

The allegations contained in paragraph 64 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

65.

The allegations contained in paragraph 65 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

66.

The allegations contained in paragraph 66 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

67.

The allegations contained in paragraph 67 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

68.

The allegations contained in paragraph 68 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

69.

The allegations contained in paragraph 69 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

70.

The allegations contained in paragraph 70 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

71.

The allegations contained in paragraph 71 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

72.

The allegations contained in paragraph 72 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

73.

The allegations contained in paragraph 73 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

74.

The allegations contained in paragraph 74 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein. Defendants further note that the St. Tammany Parish District Attorney's Office, which has not been served, is a non-existent entity for all legal purposes, without the capacity to sue or be sued. In an abundance of caution, and to whatever extent deemed necessary, any allegations against it are also denied.

75.

The allegations contained in paragraph 75 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein. Defendants further note that the St. Tammany Parish District Attorney's Office, which has not been served, is a non-existent entity for all legal purposes, without the capacity to sue or be sued. In an abundance of caution, and to whatever extent deemed necessary, any allegations against it are also denied.

76.

The allegations contained in paragraph 76 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

77.

The allegations contained in paragraph 77 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

78.

The allegations contained in paragraph 78 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

79.

The allegations contained in paragraph 79 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

80.

The allegations contained in paragraph 80 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

81.

The allegations contained in paragraph 81 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for

lack of sufficient information to justify a belief therein.

82.

The allegations contained in paragraph 82 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

83.

The allegations contained in paragraph 83 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

84.

The allegations contained in paragraph 84 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

85.

The allegations contained in paragraph 85 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

86.

The allegations contained in paragraph 86 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

87.

The allegations contained in paragraph 87 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

88.

The allegations contained in paragraph 88 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

89.

The allegations contained in paragraph 89 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

90.

The allegations contained in paragraph 90 of Plaintiff's Complaint that are made against Defendants are denied. For the allegations made against other parties, no response is required from Defendants. To the extent a response is required, the remaining allegations are denied for lack of sufficient information to justify a belief therein.

91.

Paragraph 91 of Plaintiff's Complaint is a request for a trial by jury, and no response is required from Defendants. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

92.

The final paragraph of Plaintiff's Complaint is a Prayer for Relief, and no response is required from Defendants. To the extent a response is required, the final paragraph of Plaintiff's Complaint is denied.

**AND NOW FURTHER RESPONDING** to Plaintiff's Complaint:

93.

Any allegation contained in Plaintiff's Complaint not admitted above is hereby denied.

94.

Plaintiff's claims are without merit and Defendants are entitled to an award of attorney's fees and costs incurred in defense of this case, pursuant to the Civil Rights Attorney's Fee Awards Act of 1976, codified at 42 U.S.C. § 1988(b) and as interpreted by *Hensley v. Eckerhart*, 461 U.S. 424, 103 S. Ct. 1933, 76 L. Ed. 2d 40 (1983), and its progeny.

95.

Defendants request a trial by jury herein as to all matters properly tried thereby.

**WHEREFORE**, Defendants, Walter P. Reed, in his capacity as former District Attorney for the 22nd Judicial District, State of Louisiana, Ronald T. Gracianette, and Jason Cuccia pray that after due proceedings had, there be judgment rendered in their favor dismissing Plaintiff's Complaint, with prejudice and at Plaintiff's cost. Defendants further pray that Plaintiff's case be declared frivolous, and prays for all general and equitable relief to which they may be entitled under law and equity, including, but not limited to, an award of attorney's fees and costs incurred in defense of this case.

Respectfully submitted,

/s/ Cary J. Menard
CARY J. MENARD (#09426)
21454 Koop Drive, Suite 2G
Mandeville, Louisiana 70471
Telephone:    (985) 871-4530
Facsimile:    (985) 867-5124
cmenard@22da.com

*Attorney for Defendant, Walter P. Reed, in his capacity as former District Attorney for the 22nd Judicial District, State of Louisiana, Ronald T. Gracianette and Jason Cuccia*

Page 25 of 26

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2019, a copy of the foregoing Pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system, and to all *pro se* litigants via United States Mail.

/s/ Cary J. Menard