UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE | CIVIL ACTION |
| VERSUS | NO. 14-1554 |
| WALTER P REED ET AL | SECTION "H" (1) |

## SCHEDULING CONFERENCE NOTICE

A **SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on **APRIL 16, 2019 at 3:00 p.m.** for the purpose of selecting a trial date and pre-trial deadlines.

The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager. Upon receipt of this Notice, counsel should email the case manager at Erin_Mouledous@laed.uscourts.gov to provide her with the appropriate contact information for the call. An email is not necessary, however, if the contact information matches that of the Lead Attorney designated on the docket.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:  Erin Mouledous
     Case Manager
     (504) 589-7695