UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | CIVIL ACTION NO. 14-cv-1554 |
| | * | |
| **VERSUS** | * | SECTION: H |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | JUDGE: |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | JANE TRICHE MILAZZO |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | DIVISION: 2 |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | MAGISTRATE JUDGE: |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | JANIS VAN MEERVELD |
| **ABC INSURANCE COMPANIES** | * | |
| | * | JURY TRIAL |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WITNESS AND EXHIBIT LIST ON BEHALF OF RONALD T. GRACIANETTE
AND JASON CUCCIA, IN THEIR OFFICIAL CAPACITIES,
AND WALTER P. REED, IN HIS OFFICIAL CAPACITY**

NOW INTO COURT, through undersigned counsel, come defendants, Ronald Gracianette and Jason Cuccia, in their official capacities as Assistant District Attorneys for the 22nd Judicial District, State of Louisiana, and Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District, State of Louisiana, who in accordance with the Scheduling Order rendered by this Honorable Court, respectfully submit the following list of witnesses who will or may be called trial and exhibits which may be used at trial, subject to defendants' right to amend and/or supplement this list upon further discovery herein:

1. **Witnesses who will be called at trial:**

    (a) Ronald Gracianette,
    through his counsel:
    Cary Menard

    (b) Jason Cuccia,
    through his counsel:
    Cary Menard

**2.** **<u>Witnesses who may be called at trial:</u>**

(a) Walter P. Reed,
Federal Correctional Institution
Morgantown Kennedy Center
446 Greenbag Road
Route 857
Morgantown, WV  26501

(b) Christopher Comeaux,
through his counsel:
Chadwick Collings

(c) Brandon Stephens,
through his counsel:
Chadwick Collings

(d) Randy Smith, Sheriff,
through his counsel:
Chadwick Collings

(e) Rodney J. Strain, Jr., former Sheriff;
through his counsel:
Chadwick Collings

(f) Harry O'Neal
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(g) Jill Jennings
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(h) Britney Graham
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(i) Robert Lewis
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(j)  Ariel L. Pichon
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(k)  Amanda R. Schmidt
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(l)  John R. Morse
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(m)  Jed Sharp
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(n)  Thomas Schlesinger
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(o)  Von Vargo
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(p)  Tina Fandal
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(q)  CT Lee
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(r)  R. Lewis
     St. Tammany Parish Sheriff's Office
     300 Brownswitch Road
     Slidell, Louisiana

(s)  Dana Futch

        St. Tammany Parish Sheriff's Office
        300 Brownswitch Road
        Slidell, Louisiana

(t)      Thomas Schlesinger
        St. Tammany Parish Sheriff's Office
        300 Brownswitch Road
        Slidell, Louisiana

(u)     Scott Crain
        St. Tammany Parish Sheriff's Office
        300 Brownswitch Road
        Slidell, Louisiana

(v)     James E. Moorman, III
        Attorney at Law
        70439 Courtano Drive
        Covington, Louisiana

(w)     Rachel M. Yazbeck
        Attorney at Law
        701 Loyola Avenue, Suite 404
        New Orleans, Louisiana

(x)     Timothy T. Yazbeck
        Attorney at Law
        201 St. Charles Avenue, Suite 3702
        New Orleans, Louisiana

(y)     Lance Rouquette
        22nd Judicial District Attorney's Office
        701 N. Columbia Street
        Covington, Louisiana

(z)     Robert J. Stamps
        Attorney at Law
        1226 Antoine Street
        New Orleans, Louisiana

(aa)    Belinda Parker Brown
        1309 Montgomery Boulevard
        Slidell, Louisiana

(bb)    Therone A. Magee,
        through his counsel:
        Kenneth C. Bordes

- (cc) Any and all other witnesses listed by any other party to this lawsuit, and not objected to by defendants Cuccia, Gracianette, and Reed.

- (dd) Any and all witnesses called to testify in the criminal trials of plaintiff Therone A. Magee that form the basis of this lawsuit.

- (ee) Any and all other witnesses necessary for rebuttal.

- (ff) Any and all persons necessary for authentication of evidence.

- (gg) Any and all other witnesses whose identity becomes known through ongoing discovery.

**2. Exhibits which may be used at trial:**

- (a) Any and all police reports, incident reports, supplemental reports, radio logs, transmission logs, etc. created, drafted, and/or written as a result of and in connection with the criminal arrest and prosecution of plaintiff Therone A. Magee and St. Tammany Parish Sheriff's Office Case Number 2011-006620 and any incidents that form the basis of this lawsuit.

- (b) Any and all police reports, incident reports, supplemental reports, radio logs, transmission logs, etc. created, drafted, and/or written as a result of and in connection with the criminal arrest and prosecution of plaintiff Therone A. Magee and St. Tammany Parish Sheriff's Office Case Number 2016-002325 and any incidents that form the basis of this lawsuit.

- (c) Any and all records produced regarding the arrest, apprehension, and prosecution of plaintiff Therone A. Magee including any scientific analysis performed at the Crime Lab, including the curricula vitae of any forensic scientists who performed testing in connection with the incidents that form the basis of this lawsuit.

- (d) Any and all media reports, news stories, and/or social media postings related to or in connection with the incidents that form the basis of this lawsuit.

- (e) Any and all social media generated as a result of and/or that refers to the subject matter of this lawsuit and/or plaintiff Therone A. Magee, or any of the defendants and/or witnesses in this lawsuit.

- (f) Any and all evidence collected and logged as a result of and in connection with the incidents that form the basis of this lawsuit.

(g) Any and all other evidence, records, and/or things collected regarding the arrest, apprehension, and prosecution of Therone A. Magee in connection with the events and incidents that form the basis of this lawsuit.

(h) Any and all written, recorded, and/or videoed statements of Therone A. Magee whether or not taken, collected and/or logged as result of and in connection with the incidents that forms the basis of this lawsuit.

(i) Any and all cell phones, cell phone records, records of text messages which were used, created, placed, or sent by any person in connection with the events and incidents that form the basis of this lawsuit.

(j) Any and all medical, military, criminal and/or employment records pertaining to plaintiff Therone A. Magee.

(k) Any and all information, documents, etc. relied upon by any expert in the formulation of their opinions and/or testimony regarding, and as a result of and in connection with, the incidents and the treatment and prosecution of plaintiff Therone A. Magee and any other issues raised by the claims that form the basis of this lawsuit.

(l) Any and all exhibits listed and/or offered by any other party.

(m) Any and all other exhibits necessary for rebuttal.

(n) Any and all exhibits attached to any pleadings and/or depositions in this matter.

(o) Any and all pleadings, attachments, and/or depositions taken or produced in connection with this lawsuit.

(p) Any and all other exhibits identified and/or introduced, or otherwise utilized, by plaintiff Therone A. Magee or any other party in this lawsuit, and not objected to by defendants Cuccia, Gracianette, and Reed.

(q) The entire 22nd JDC court record of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 512674.

(r) The entire 22nd JDC court record of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 572372/3.

(s) Any and all transcripts of the 22nd JDC criminal prosecution, including the trial transcript, of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 512674.

(t) Any and all transcripts of the 22nd JDC criminal prosecution of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 572372/3.

(u) Any and all records of Therone A. Magee's "rap sheet" and criminal history.

(v) Any and all other exhibits which become known through ongoing discovery.

Defendants reserve the right to amend and/or supplement this Witness and Exhibit List, since discovery is not yet complete in this matter.

Respectfully submitted,

*s/ Cary J. Menard*
**CARY J. MENARD (09426)**
21454 Koop Drive, Suite 2G
Mandeville, LA 70471
Telephone: (985) 898-3427
Facsimile: (985) 867-5124
E-mail: cmenard@22da.com

*s/ Emily G. Couvillon*
**EMILY G. COUVILLON (31114)**
21454 Koop Drive, Suite 2G
Mandeville, LA 70471
Telephone: (985) 898-3427
Facsimile: (985) 867-5124
E-mail: ecouvillon@22da.com

*Attorneys for defendants, Ronald Gracianette and Jason Cuccia, in their official capacities as Assistant District Attorneys for the 22nd Judicial District, State of Louisiana, and Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District, State of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, a copy of the foregoing Witness and Exhibit List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Cary J. Menard