UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | § | CIVIL ACTION NO.: 14-1554 |
| | § | |
| VERSUS | § | SECTION:  H |
| | § | |
| DISTRICT ATTORNEY WALTER REED, *ET AL* | § § | MAGISTRATE: 1 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**WITNESS AND EXHIBIT LIST ON BEHALF OF DEFENDANTS, SHERIFF RANDY SMITH, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. TAMMANY PARISH, SUCCESSOR IN INTEREST TO FORMER SHERIFF RODNEY J. "JACK" STRAIN, DEPUTY CHRISTOPHER COMEAUX, AND DEPUTY BRANDON STEPHENS**</u>

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff Randy Smith, in his official capacity as Sheriff of St. Tammany Parish, successor in interest to former Sheriff Rodney J. "Jack" Strain, Deputy Christopher Comeaux, and Deputy Brandon Stephens (collectively "**Defendants**"), who, in accordance with the Scheduling Order, respectfully submit the following list of witnesses who will or may be called trial and exhibits which may be used at trial, subject to defendants' right to amend and/or supplement this list upon further discovery herein:

<u>**WITNESSES WHO WILL BE CALLED**</u>

(a) Plaintiff, Therone Magee
    Through his counsel

(b) Detective Scott Crain,
    St. Tammany Parish Sheriff's Office
    300 Brownswitch Road
    Slidell, Louisiana
    Det. Crain may be contacted through undersigned counsel

(c) Defendant Christopher Comeaux,
    St. Tammany Parish Sheriff's Office
    300 Brownswitch Road
    Slidell, Louisiana
    Defendant Christopher Comeaux may be contacted through undersigned counsel

## WITNESSES WHO MAY BE CALLED

(a) Walter P. Reed,
Federal Correctional Institution
Morgantown Kennedy Center
446 Greenbag Road
Route 857
Morgantown, WV 26501

(b) Brandon Stephens,
through undersigned counsel

(c) John R. Morse
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(d) Jed Sharp
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(e) Thomas Schlesinger
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(f) Jill Jennings
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(g) Harry O'Neal
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(h) Any and all other witnesses listed by any other party to this lawsuit, and not objected to by Sheriff Smith, Brandon Stephens, and Chris Comeaux.

(i) Any and all witness called to testify in the criminal trials of Plaintiff that form the basis of this lawsuit.

(j) Any and all other witnesses necessary for rebuttal.

(k) Any and all other witnesses necessary for impeachment.

(l) Any and all other witnesses necessary for authentication of evidence.

(m) Any and all other witnesses whose identities are revealed through ongoing discovery.

## EXHIBITS WHICH MAY BE OFFERED AT TRIAL

(a) Any and all police reports, incident reports, supplemental reports, radio logs, transmission logs, narcotics division case narratives, etc. created, drafted, and/or written as a result of and in connection with the criminal arrest and prosecution of plaintiff Therone A. Magee and STPSO Case Number 2011-006620 and any incidents that form the basis of this lawsuit.

(b) Any and all police reports, incident reports, supplemental reports, radio logs, transmission logs, etc. created, drafted, and/or written as a result of and in connection with the criminal arrest and prosecution of plaintiff Therone A. Magee and STPSO Case Number 2016-002325 and any incidents that form the basis of this lawsuit.

(c) Any and all records produced regarding the arrest, apprehension, and prosecution of plaintiff Therone A. Magee including any scientific analysis performed at the Crime Lab, including the curricula vitae of any forensic scientists who performed testing in connection with the incidents that form the basis of this lawsuit.

(d) Any and all STPSO crime laboratory requests, reports, analysis, etc. related to STPSO Case Number 2011-006620 and Case Number 2016-002325

(e) Any and all social media generated as a result of and/or that refers to the subject matter of this lawsuit and/or plaintiff Therone A. Magee, or any of the defendants and/or witnesses in this lawsuit.

(f) Any and all evidence collected and logged as a result of and in connection with the incidents that form the basis of this lawsuit, including the Kel audio recording which was admitted into evidence as State's Exhibit no. 10 in *State of Louisiana versus Therone Magee*, Docket No. 512674, 22nd JDC, as well as the audio recording of Mr. Magee following his arrest by Defendant Comeaux on or about February 14, 2016.

(g) Any and all other evidence, records, and/or things collected regarding the arrest, apprehension, and prosecution of Therone A. Magee in connection with the events and incidents that form the basis of this lawsuit.

(h) Any and all written, recorded, and/or videoed statements of Therone A. Magee whether or not taken, collected and/or logged as result of and in connection with

the incidents that forms the basis of this lawsuit.

(i) Any and all cell phones, cell phone records, records of text messages which were used, created, placed, or sent by any person in connection with the events and incidents that form the basis of this lawsuit.

(j) Any and all medical, military, criminal and/or employment records pertaining to plaintiff Therone A. Magee.

(k) Any and all information, documents, etc. relied upon by any expert in the formulation of their opinions and/or testimony regarding, and as a result of and in connection with, the incidents and the treatment and prosecution of plaintiff Therone A. Magee and any other issues raised by the claims that form the basis of this lawsuit.

(l) The entire 22nd JDC court record of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 512674

(m) The entire 22nd JDC court record of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 572372/3
Any and all exhibits listed and/or offered by any other party.

(n) Any and all other exhibits necessary for rebuttal.

(o) Any and all materials produced during the course of discovery and all exhibits attached to any pleadings and/or depositions in this matter.

(p) Any and all pleadings, written discovery responses, attachments, and/or depositions taken or produced in connection with this lawsuit.

(q) Any and all other exhibits identified and/or introduced, or otherwise utilized, by Plaintiff Therone A. Magee or any other party in this lawsuit, and not objected to by Sheriff Smith, Brandon Stephens and Christopher Comeaux.

(r) Any and all exhibits necessary for impeachment.

(s) Any and records of Therone A. Magee's "rap sheet" and criminal history.

(t) Any and all other exhibits which may become known through the course of discovery

89211/460614

        **Respectfully submitted,**
        **MILLING BENSON WOODWARD, LLP**

        */s/ Chadwick W. Collings*

        **CHADWICK W. COLLINGS (#25373)**
        **ANDREW R. CAPITELLI (#31649)**
        **CODY J. ACOSTA (#37005)**
        **68031 Capital Trace Row**
        **Mandeville, LA 70471**
        **Telephone:    (985) 292-2000**
        **Facsimile:    (985) 292-2001**
        **ccollings@millinglaw.com**
        *Attorney for Defendants, Sheriff Randy Smith, in his official capacity, Deputy Christopher Comeaux, and Deputy Brandon Stephens*

**DATED:** October 22, 2019