UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | CIVIL RIGHTS ACTION |
| | * | NO. 14-1554 |
| **Versus** | * | |
| | * | **JUDGE:** |
| **DISTRICT ATTORNEY OF WALTER** | * | **JANE TRICHE MILAZZO** |
| **P. REED, ST. TAMMANY PARISH RODNEY** | * | |
| **STRAIN, ADA RONNIE GRACIANETTE,** | * | **MAG JUDGE:** |
| **ADA JASON CUCCIA, ST. TAMMANY** | * | **JOSEPH C. WILKINSON, JR.** |
| **PARISH DISTRICT ATTORNEYS OFFICE,** | * | |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE,** | * | **JURY TRIAL** |
| **DEPUTIES JOHN AND JANE DOES, ABC** | * | |
| **INSURANCE COMPANIES** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WITNESS AND EXHIBIT LIST ON BEHALF OF
DEFENDANT WALTER REED, IN HIS PERSONAL CAPACITY**

**NOW INTO COURT,** come defendant, Walter Reed in his personal capacity, who in accordance with this Honorable Court's Scheduling Order respectfully submit the following list witnesses who will or may be called at trial and exhibits which will or may be used at the trial of this matter, subject to defendant's right to amend this list upon further discovery herein.

1. **Witnesses who will be called at trial:**

    (a) Ronald Gracianette,
    through his counsel:
    Cary Menard

    (b) Jason Cuccia,
    through his counsel:
    Cary Menard

2. **Witnesses who may be called at trial:**

    (a) Walter P. Reed,
    Federal Correctional Institution
    Morgantown Kennedy Center
    446 Greenbag Road
    Route 857
    Morgantown, WV 26501

(b)   Christopher Comeaux,
      through his counsel:
      Chadwick Collings

(c)   Brandon Stephens,
      through his counsel:
      Chadwick Collings

(d)   Randy Smith, Sheriff,
      through his counsel:
      Chadwick Collings

(e)   Rodney J. Strain, Jr., former Sheriff;
      through his counsel:
      Chadwick Collings

(f)   Harry O'Neal
      St. Tammany Parish Sheriff's Office
      300 Brownswitch Road
      Slidell, Louisiana

(g)   Jill Jennings
      St. Tammany Parish Sheriff's Office
      300 Brownswitch Road
      Slidell, Louisiana

(h)   Britney Graham
      St. Tammany Parish Sheriff's Office
      300 Brownswitch Road
      Slidell, Louisiana

(i)   Robert Lewis
      St. Tammany Parish Sheriff's Office
      300 Brownswitch Road
      Slidell, Louisiana

(j)   Ariel L. Pichon
      St. Tammany Parish Sheriff's Office
      300 Brownswitch Road
      Slidell, Louisiana

(k)   Amanda R. Schmidt
      St. Tammany Parish Sheriff's Office
      300 Brownswitch Road
      Slidell, Louisiana

(l) John R. Morse
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(m) Jed Sharp
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(n) Thomas Schlesinger
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(o) Von Vargo
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(p) Tina Fandal
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(q) CT Lee
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(r) R. Lewis
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(s) Dana Futch
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(t) Thomas Schlesinger
St. Tammany Parish Sheriff's Office
300     Brownswitch Road
Slidell, Louisiana

(u)        Scott Crain
St. Tammany Parish Sheriff's Office
300 Brownswitch Road
Slidell, Louisiana

(v)        James E. Moorman, III
Attorney at Law
70439 Courtano Drive
Covington, Louisiana

(w)        Rachel M. Yazbeck
Attorney at Law
701 Loyola Avenue, Suite 404
New Orleans, Louisiana

(x)        Timothy T. Yazbeck
Attorney at Law
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana

(y)        Lance Rouquette
22nd Judicial District Attorney's Office
701 N. Columbia Street
Covington, Louisiana

(z)        Robert J. Stamps
Attorney at Law
1226 Antoine Street
New Orleans, Louisiana

(aa)       Belinda Parker Brown
1309 Montgomery Boulevard
Slidell, Louisiana

(bb)       Therone A. Magee,
through his counsel:
Kenneth C. Bordes

(cc)       Any and all other witnesses listed by any other party to this lawsuit, and not objected to by defendants Cuccia, Gracianette, and Reed.

(dd)       Any and all witnesses called to testify in the criminal trials of plaintiff Therone A. Magee that form the basis of this lawsuit.

(ee)       Any and all other witnesses necessary for rebuttal.

(ff) Any and all persons necessary for authentication of evidence.

(gg) Any and all other witnesses whose identity becomes known through ongoing discovery.

**300** **Exhibits which may be used at trial:**

(a) Any and all police reports, incident reports, supplemental reports, radio logs, transmission logs, etc. created, drafted, and/or written as a result of and in connection with the criminal arrest and prosecution of plaintiff Therone A. Magee and St. Tammany Parish Sheriff's Office Case Number 2011-006620 and any incidents that form the basis of this lawsuit.

(b) Any and all police reports, incident reports, supplemental reports, radio logs, transmission logs, etc. created, drafted, and/or written as a result of and in connection with the criminal arrest and prosecution of plaintiff Therone A. Magee and St. Tammany Parish Sheriff's Office Case Number 2016-002325 and any incidents that form the basis of this lawsuit.

(c) Any and all records produced regarding the arrest, apprehension, and prosecution of plaintiff Therone A. Magee including any scientific analysis performed at the Crime Lab, including the curricula vitae of any forensic scientists who performed testing in connection with the incidents that form the basis of this lawsuit.

(d) Any and all media reports, news stories, and/or social media postings related to or in connection with the incidents that form the basis of this lawsuit.

(e) Any and all social media generated as a result of and/or that refers to the subject matter of this lawsuit and/or plaintiff Therone A. Magee, or any of the defendants and/or witnesses in this lawsuit.

(f) Any and all evidence collected and logged as a result of and in connection with the incidents that form the basis of this lawsuit.

(g) Any and all other evidence, records, and/or things collected regarding the arrest, apprehension, and prosecution of Therone A. Magee in connection with the events and incidents that form the basis of this lawsuit.

(h) Any and all written, recorded, and/or videoed statements of Therone A. Magee whether or not taken, collected and/or logged as result of and in connection with the incidents that forms the basis of this lawsuit.

(i) Any and all cell phones, cell phone records, records of text messages which were used, created, placed, or sent by any person in connection with the events and incidents that form the basis of this lawsuit.

(j) Any and all medical, military, criminal and/or employment records pertaining to plaintiff Therone A. Magee.

(k) Any and all information, documents, etc. relied upon by any expert in the formulation of their opinions and/or testimony regarding, and as a result of and in connection with, the incidents and the treatment and prosecution of plaintiff Therone A. Magee and any other issues raised by the claims that form the basis of this lawsuit.

(l) Any and all exhibits listed and/or offered by any other party.

(m) Any and all other exhibits necessary for rebuttal.

(n) Any and all exhibits attached to any pleadings and/or depositions in this matter.

(o) Any and all pleadings, attachments, and/or depositions taken or produced in connection with this lawsuit.

(p) Any and all other exhibits identified and/or introduced, or otherwise utilized, by plaintiff Therone A. Magee or any other party in this lawsuit, and not objected to by defendants Cuccia, Gracianette, and Reed.

(q) The entire 22nd JDC court record of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 512674.

(r) The entire 22nd JDC court record of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 572372/3.

(s) Any and all transcripts of the 22nd JDC criminal prosecution, including the trial transcript, of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 512674.

(t) Any and all transcripts of the 22nd JDC criminal prosecution of the State v. Therone A. Magee criminal prosecution and logged under Docket No. 572372/3.

(u) Any and all records of Therone A. Magee's "rap sheet" and criminal history.

(v) Any and all other exhibits which become known through ongoing discovery.

Defendants reserve the right to amend and/or supplement this Witness and Exhibit List, since discovery is not yet complete in this matter.

>Respectfully submitted,
>
>**HAILEY, MCNAMARA, HALL,
>LARMANN & PAPALE, LLP**
>
>/s/ Richard T. Simmons, Jr.
>**RICHARD T. SIMMONS, JR., #12089**
>One Galleria Blvd., Suite 1400
>Metairie, Louisiana 70001
>Telephone: (504) 836-6500
>Facsimile: (504) 836-6565
>Email: rsimmons@hmhlp.com
>Counsel for Defendant,
>*Walter Reed, In His Personal Capacity*

## CERTIFICATE OF SERVICE

We do hereby certify that we have on this 1st day of November, 2019, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

>**Kenneth Charles Bordes
>Kenneth C. Bordes, Attorney at Law, LLC
>2725 Lapeyrouse Street
>New Orleans, LA 70119
>504-588-2700
>Email: kcb@kennethbordes.com**

>/S/ Richard T. Simmons, Jr.

7