UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED, ET AL** | **SECTION: "H" (1)** |

## ORDER

Considering the Parties' Joint Motion to Continue and Reset Trial and Pre-Trial Deadlines (Doc. 89);

**IT IS ORDERED** that a telephone status conference is **SET** for November 6, 2019, at 2:00 p.m. to discuss this matter. Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

New Orleans, Louisiana this 1st day of November, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1