MINUTE ENTRY
MILAZZO, J.
November 6, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                                          **CIVIL ACTION**

**VERSUS**                                                                         **NO: 14-1554**

**WALTER REED**                                                              **SECTION: "H"(1)**

## MINUTE ENTRY

On November 6, 2019, the Court held a telephone status conference. Kenneth Bordes participated on behalf of Plaintiff; Cary Menard participated on behalf of Defendant Walter Reed in his official capacity; Chadwick Collings participated on behalf of Defendant Rodney Strain in his official capacity, Christopher Comeaux, Randy Smith, Ronald Gracianette, Jason Cuccia and Brandon Stephens; and Richard Simmons participated on behalf of Defendant Walter Reed in his personal capacity. The parties discussed impending deadlines.

**IT IS ORDERED** that the deadline for discovery is **CONTINUED** and **RESET** for January 6, 2020.

**IT IS FURTHER ORDERED** that a telephone status conference will be held on January 9, 2020 at 11 a.m. to discuss discovery progress and trial deadlines. Counsel for Plaintiff shall initiate the call and contact the

undersigned's chambers at (504) 589-7585 once all parties are on the line. Counsel for Plaintiff shall also submit a status report on any outstanding discovery no later than January 8, 2020.

(JS-10:17)