UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                          **CIVIL ACTION**

**VERSUS**                                    **NO: 14-1554**

**WALTER REED, ET AL.**                 **SECTION: "H"(1)**

## ORDER

Considering the Parties' Joint Motion to Continue and Reset Trial and Pre-Trial Deadlines (Doc. 89) and this Court's November 6, 2019 Minute Entry (Doc. 95);

**IT IS ORDERED** that the Parties' Motion is **DENIED AS MOOT**.

New Orleans, Louisiana this 6th day of November, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**