UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | § | **CIVIL ACTION NO.: 14-1554** |
| | § | |
| **VERSUS** | § | **SECTION: H** |
| | § | |
| **DISTRICT ATTORNEY WALTER REED,** | § | **MAGISTRATE: 1** |
| *ET AL* | § | |

*************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File a Reply (Doc. 94);

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana this  7th  day of   November  , 2019

_____
**Hon. Jane Triche Milazzo**
**UNITED STATES DISTRICT JUDGE**

89211/461871