UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO. 2:14-cv-01554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 2** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS FILED ON BEHALF OF RONALD GRACIANETTE AND JASON CUCCIA, IN THEIR ALLEGED OFFICIAL CAPACITIES AS ASSISTANT DISTRICT ATTORNEYS FOR THE 22ND JUDICIAL DISTRICT, STATE OF LOUISIANA, AND WALTER P. REED, IN HIS OFFICIAL CAPACITY AS FORMER DISTRICT ATTORNEY OF THE 22ND JUDICIAL DISTRICT, STATE OF LOUISIANA

NOW INTO COURT, through undersigned counsel, come defendants **Ronald Gracianette and Jason Cuccia, in their alleged official capacities as Assistant District Attorneys for the 22nd Judicial District, State of Louisiana, and Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District, State of Louisiana,** who, for the reasons set forth in the attached memorandum, file this Motion for Summary Judgment and Motion for Judgment on the Pleadings seeking dismissal of the remaining claim against them.

                Respectfully submitted,

                CARY J. MENARD (09426)
                EMILY G. COUVILLON (31114)
                21454 Koop Drive, Suite 2G
                Mandeville, Louisiana 70471
                Telephone: (985) 871-4530
                Facsimile: (985) 867-5124

E-mail: cmenard@22da.com
E-mail: ecouvillon@22da.com

AND

*s/ Ralph R. Alexis, III*
RALPH R. ALEXIS, III, T.A. (02379)
GLENN B. ADAMS (02316)
COREY D. MOLL (34245)
**PORTEOUS, HAINKEL AND JOHNSON, LLP**
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone:(504) 581-3838
Facsimile: (504) 581-4069
E-mail: ralexis@phjlaw.com
E-mail: gadams@phjlaw.com
E-mail: cmoll@phjlaw.com

AND

WILLIAM C. LOZES (18312)
**PORTEOUS, HAINKEL AND JOHNSON, LLP**
408 N. Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Email: wlozes@phjlaw.com

*Attorneys for defendants Ronald Gracianette and Jason Cuccia, in their alleged official capacities as Assistant District Attorneys for the 22nd Judicial District, State of Louisiana, and Walter P. Reed, in his official capacity as former District Attorney of the 22nd Judicial District, State of Louisiana*