UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO14-cv-1554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 2** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**WALTER REED'S (IN HIS INDIVIDUAL CAPAPCITY) MOTIONS FOR (1) SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS AND (2) MOTION TO ADOPT THE MOTION FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS FILED BY THE DISTRICT ATTORNEY'S OFFICE ON BEHALF OF WALTER REED, IN HIS OFFICIAL CAPACITY**</u>

**NOW INTO COURT,** through undersigned counsel, comes Walter Reed, in his Individual Capacity, who moves this Court for the granting of his Motion for Summary Judgment and a Motion for Judgment on the Pleadings for reasons set forth in his attached Memorandum In Support. In order to avoid repetition, Walter Reed, <u>in his individual capacity</u>, also moves to adopt the Motion for Summary Judgment and Judgement on Pleadings and Memorandum in Support filed by the District Attorney <u>in its official capacity</u>.

**WHEREFORE**, Walter Reed, in his Individual Capacity move for (1) an Order granting his Motion to Adopt the Motion and Memorandum by Walter Reed <u>in his official capacity</u> and (2) an Order granting his instant Motion for Summary Judgment and Motion for Judgment on the Pleadings.

1

Respectfully submitted,

**HAILEY, MCNAMARA, HALL,
LARMANN & PAPALE, LLP**

/s/ Richard T. Simmons, Jr.
**RICHARD T. SIMMONS, JR., #12089**
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Email:  rsimmons@hmhlp.com
Counsel for Defendant,
*Walter Reed, In His Personal Capacity*

## CERTIFICATE OF SERVICE

We do hereby certify that we have on this 3rd day of December, 2019, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

**Kenneth Charles Bordes
Kenneth C. Bordes, Attorney at Law, LLC
2725 Lapeyrouse Street
New Orleans, LA 70119
504-588-2700
Email:  kcb@kennethbordes.com**

/S/ Richard T. Simmons, Jr.

2