## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | § | **CIVIL ACTION NO.: 14-1554** |
| | § | |
| **VERSUS** | § | **SECTION: H** |
| | § | |
| **DISTRICT ATTORNEY WALTER REED,** | § | **MAGISTRATE: 1** |
| *ET AL* | § | |

***

## ORDER

Considering the Ex Parte Motion for Leave to Exceed Page Limitation (Doc. 100);

**IT IS ORDERED** that the Motion for Leave is **GRANTED** and that defendants' memorandum in support of their Motion for Summary Judgment attached to their *Ex Parte* Motion for Leave, be and hereby is filed into the record.

New Orleans, Louisiana, this  4th   day of December, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

89211/462338