UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO: 14-1554**

**WALTER REED, ET AL**                                         **SECTION: "H"**

### ORDER

Before the Court is Defendants Jason Cuccia, Ronald Gracianette, and Walter Reed's Request for Oral Argument (Doc. 102) on their Motion for Summary Judgment and Motion for Judgment on the Pleadings (Doc. 101). Accordingly;

**IT IS ORDERED** that the request is **GRANTED**, and oral argument is **SET** for January 21, 2020 at 9:30 a.m.

**IT IS FURTHER ORDERED** that each party is limited to 7 minutes of argument.

**IT IS FURTHER ORDERED** that this order shall not be interpreted to alter the briefing deadlines for Defendants' Motion for Summary Judgment and Motion for Judgment on the Pleadings (Doc. 101), and all briefs shall be submitted by December 18, 2019.

New Orleans, Louisiana, on this 5th day of December, 2019.

_____
 **JANE TRICHE MILAZZO
 UNITED STATES DISTRICT JUDGE**