UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | *  **CIVIL RIGHTS ACTION** |
| | *  **NO. 14-1554** |
| **VERSUS** | * |
| | *  **SECTION: "H" (2)** |
| **WALTER REED, et. al.** | * |
| | *  **JURY TRIAL** |
| * * * * * * * * * * * * * * * * * * | * |

**JOINT/UNOPPOSED MOTION FOR EXTENSION OF SUBMISSION DEADLINE
FOR NON-EVIDENTIARY PRETRIAL MOTIONS**

Now into Court, through the undersigned counsel, comes Plaintiff, who files this *Joint/Unopposed Motion for Extension of Submission Deadline for Non-evidentiary Motions*, to extend the deadline for submission to January 22, 2020.

1. The current submission date for said non-evidentiary motions is December 18, 2019. Rec. Doc. 77.

2. Based on a recent status conference with this Court on November 6, 2019, discovery deadlines were continued and reset until January 6, 2020 for a multitude of reasons, including health issues of relevant individuals to the litigation. Rec. Doc. 95.

3. However, in that same call, the submission deadline for non-evidentiary motions was not addressed, and the Court set another status telephone conference for January 8, 2020 to update unknown issues as to the health and ability for certain deponents. Rec. Doc. 95.

4. At this time, requested depositions of Plaintiff and for all Defendants are still needed, and are on course to hopefully be concluded in January of 2020.

5. Counsel for the District Attorney's stated they do not object to this Motion and offer to join said request. Likewise, counsel for the St. Tammany Sheriff's Office do not oppose this request.

6.	Good cause exists for the granting of this extension as the inability to obtain discovery would prejudice litigants from properly asserting or defending dispositive motions.

7.	The extended submission date to January 22, 2020 would give counsel time to conduct what discovery is possible through the next several weeks (including holiday issues), and would give counsel and the Court time to adequately conference and apprise the Court on any remaining issues at the scheduled January 8, 2020 telephone conference.

**WHEREFORE,** Plaintiff prays that the Court enter an Order granting the *Motion for Extension of Submission Deadline for Non-evidentiary Motions*, to extend the deadline for submission to January 22, 2020.

Respectfully Submitted:

By:	_____/s/ Kenneth C. Bordes__
**Kenneth C. Bordes (Bar #35668)**
**KENNETH C. BORDES,**
**ATTORNEY AT LAW, LLC**
2725 LAPEYROUSE ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: KCB@KENNETHBORDES.COM
*PRO BONO ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court and served on opposing counsel via the CM/ECF system in accordance with LR 5.4 and Fed. R. Civ. P. 5(b)(3) on this 10th day of December, 2019.

__/s/ Kenneth C. Bordes__
Kenneth C. Bordes