UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | \* | **CIVIL RIGHTS ACTION** |
| | \* | **NO. 14-1554** |
| **VERSUS** | \* | |
| | \* | **SECTION: "H" (2)** |
| **WALTER REED, et. al.** | \* | |
| | \* | **JURY TRIAL** |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | \* | |

**ORDER**

Considering the foregoing *Joint/Unopposed Motion for Extension of Submission Deadline for Non-evidentiary Motions* (Doc. 110);

**IT IS ORDERED** that the Motion is **GRANTED**, and the deadline for filing non-evidentiary motions is extended to January 14, 2020, permitting a submission date of January 29, 2020.

ORDERED in New Orleans, Louisiana, this  11th  day of      December     , 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**