UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO14-cv-1554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 2** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WALTER REED'S (IN HIS INDIVIDUAL CAPAPCITY) MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes Walter Reed, in his Individual Capacity, who moves this Court for the granting of his Motion for Summary Judgment and a Motion for Judgment on the Pleadings for reasons set forth in his attached Memorandum In Support. (In order to avoid repetition, Walter Reed, <u>in his individual capacity</u>, in a separate pleading moves to adopt the Motion for Summary Judgment and Judgement on Pleadings and Memorandum in Support filed by the District Attorney <u>in its official capacity</u>. Additionally, Walter Reed submits a Statement of Uncontested Material Facts.

**WHEREFORE**, Walter Reed, in his Individual Capacity moves for an Order granting his instant Motion for Summary Judgment and Motion for Judgment on the Pleadings.

Respectfully submitted,

**HAILEY, MCNAMARA, HALL,**
**LARMANN & PAPALE, LLP**

/s/ Richard T. Simmons, Jr.
**RICHARD T. SIMMONS, JR., #12089**
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Email:  rsimmons@hmhlp.com
Counsel for Defendant,
*Walter Reed, In His Personal Capacity*

## CERTIFICATE OF SERVICE

We do hereby certify that we have on this 3rd day of December, 2019, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

**Kenneth Charles Bordes**
**Kenneth C. Bordes, Attorney at Law, LLC**
**2725 Lapeyrouse Street**
**New Orleans, LA 70119**
**504-588-2700**
**Email:  kcb@kennethbordes.com**

/S/ Richard T. Simmons, Jr.