UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO14-cv-1554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 2** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

**Considering the foregoing Motion (Doc. 113);**

**IT IS ORDERED** that the Motion to Adopt Motion for Summary Judgment and Judgment on the Pleadings filed by Walter Reed <u>in his official capacity</u> is **GRANTED.**

New Orleans, Louisiana this <u>12th</u> day of <u>December</u>, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**