MINUTE ENTRY
MILAZZO, J.
January 10, 2020

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED, ET AL** | **SECTION: "H"** |

### MINUTE ENTRY

On January 10, 2020, the Court held a telephone status conference. Kenneth Bordes participated on behalf of Plaintiff; Emily Couvillon, Ralph Alexis, III, and Glenn Adams participated on behalf of Defendants Walter Reed in his official capacity, Ronald Gracianette, Jason Cuccia, and the St. Tammany Parish District Attorney's Office; Richard Simmons, Jr. participated on behalf of Defendant Walter Reed in his individual capacity; and Chadwick Collings participated on behalf of Defendants Rodney Strain, Jr, Christopher Comeaux, Randy Smith, and Brandon Stephens. The parties discussed the status of discovery and the current scheduling order.

**IT IS ORDERED** that the trial in this matter previously set to begin March 9, 2020 is **CONTINUED** and **RESET** for October 13, 2020. The Final Pretrial Conference previously set for February 11, 2020 is **CONTINUED** and **RESET** for September 24, 2020 at 2:45 p.m.

**IT IS FURTHER ORDERED** that the Case Manager shall issue a new scheduling order and reset the deadlines for expert reports, witness lists, discovery, and motions accordingly.

**IT IS FURTHER ORDERED** that a follow-up Telephone Status Conference is **SET** for April 29, 2020 at 1:00 p.m. to discuss the status of discovery. Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line. Counsel for Plaintiff and Counsel for Defendant Walter Reed in his individual capacity shall submit a status report to the Court no later than 4:00 p.m. on April 28, 2020 regarding progress made.

**IT IS FURTHER ORDERED** that the Oral Argument on the Motion for Summary Judgment by Defendants Walter Reed in his official capacity, Ronald Gracianette, Jason Cuccia, and the St. Tammany Parish District Attorney's Office (Doc. 101) currently scheduled for January 21, 2020 is **CONTINUED** and **RESET** for May 28, 2020 at 9:30 a.m.

**IT IS FURTHER ORDERED** that the submission dates for Defendants Christopher Comeaux and Randy Smith's Motion for Summary Judgment (Doc. 99); Defendants Jason Cuccia, Ronald Graccianette, Walter Reed in his official capacity, and St. Tammany Parish District Attorney's Office's Motion for Summary Judgment and Motion for Judgment on the Pleadings (Doc. 101); and Defendant Walter Reed in his individual capacity's Motion for Summary Judgment (Doc. 112) are **CONTINUED** and **RESET** for May 20, 2020. The submission date for Defendant Brandon Stephens' Motion for Summary Judgment (Doc. 83) remains unchanged.



(JS-10:17)