MINUTE ENTRY
MILAZZO, J.
April 29, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED, ET AL** | **SECTION: "H"** |

## MINUTE ENTRY

On April 29, 2020, the Court held a telephone status conference. Kenneth Bordes participated on behalf of Plaintiff; Emily Couvillon, Ralph Alexis, III, Cary Menard, Corey Moll, and Glenn Adams participated on behalf of Defendants Walter Reed in his official capacity, Ronald Gracianette, Jason Cuccia, and the St. Tammany Parish District Attorney's Office; Richard Simmons, Jr. participated on behalf of Defendant Walter Reed in his individual capacity; and Chadwick Collings participated on behalf of Defendants Rodney Strain, Jr, Christopher Comeaux, Randy Smith, and Brandon Stephens. The parties discussed the status of discovery and the current scheduling order.

**IT IS ORDERED** that the trial in this matter previously set to begin October 13, 2020 is **CONTINUED** and **RESET** for March 1, 2021. The Final Pretrial Conference previously set for September 24, 2020 is **CONTINUED** and **RESET** for February 5, 2021 at 1:00 p.m.

**IT IS FURTHER ORDERED** that the Case Manager shall issue a new scheduling order and reset the deadlines for expert reports, witness lists, discovery, and motions accordingly.

**IT IS FURTHER ORDERED** that the submission date for Defendants Christopher Comeaux and Randy Smith's Motion for Summary Judgment (Doc. 99) is **CONTINUED** and **RESET** for July 22, 2020. The submission dates for the remaining motions (Docs. 83, 101, 112) remain unchanged.



(JS-10:33)