UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO. 2:14-cv-01554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 1** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the foregoing Motion (Doc. 123) filed on behalf of defendants Ronald Gracianette and Jason Cuccia, in their alleged official capacities, and Walter P. Reed, in his official capacity, to withdraw their Motion for Summary Judgment and Motion for Judgment on the Pleadings (Rec. Doc. 101), without prejudice;

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**. The Motion for Summary Judgment and Motion for Judgment on the Pleadings filed on behalf of Ronald Gracianette and Jason Cuccia, in their alleged official capacities, and Walter P. Reed, in his official capacity, is hereby withdrawn, without prejudice, and reserving all rights to re-file said motion in accordance with the Court's Scheduling Order issued on April 29, 2020.

547.0002

- 2 -

New Orleans, Louisiana this __26th__ day of May, 2020.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

- 2 -