UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO. 2:14-cv-01554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 1** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion (Doc. 125) filed on behalf of defendant Walter Reed, in his Individual Capacity, to withdraw his Motion to for Judgment on the Pleadings filed by Walter Reed, in his official capacity (Rec. Doc. 112), without prejudice;

**IT IS ORDERED** that the Motion is **GRANTED**. Walter Reed's Motion for Summary Judgment and Motion for Judgment on the Pleadings (Doc. 112) be and is hereby withdrawn, without prejudice, and reserving all rights to re-file said motion in accordance with the Court's Scheduling Order issued on April 29, 2020 (Rec. Doc. 121).

New Orleans, Louisiana this __28th__ day of May, 2020.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**