MINUTE ENTRY
MILAZZO, J.
July 7, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-1554** |
| **WALTER REED, ET AL** | **SECTION: "H"** |

## MINUTE ENTRY

On July 7, 2020, the Court held a telephone status conference. Kenneth Bordes participated on behalf of Plaintiff; Emily Couvillon, Ralph Alexis, III, Cary Menard, Corey Moll, and Glenn Adams participated on behalf of Defendants Walter Reed in his official capacity, Ronald Gracianette, Jason Cuccia, and the St. Tammany Parish District Attorney's Office; Richard Simmons, Jr. participated on behalf of Defendant Walter Reed in his individual capacity; and Chadwick Collings participated on behalf of Defendants Rodney Strain, Jr, Christopher Comeaux, and Randy Smith. The parties discussed the status of discovery. Accordingly;

**IT IS ORDERED** that a telephone status conference is **SET** for October 14, 2020 at 10:30 a.m. Counsel are instructed to call 888-273-3658 and use Access Code: 1304800 when instructed. The Court will join the call when all parties are on the line.

**IT IS FURTHER ORDERED** that Defendant Walter Reed in his individual capacity need not respond to discovery before September 1, 2020.

(JS-10:24)