UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE,** | * | **CIVIL ACTION NO. 14-1554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **DISTRICT ATTORNEY WALTER REED,** | * | **MAGISTRATE: 1** |
| *ET AL* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, in his official capacity as successor in interest to former Sheriff, Rodney J. "Jack" Strain, Jr., in his official capacity as former Sheriff of St. Tammany Parish, and former St. Tammany Parish Sheriff's employees Brandon Stephens and Chris Comeaux, to request that there be oral argument on their Motion for Protective Order (R. Doc. 130), which motion is currently noticed for submission before the Honorable Janis van Meerveld, Magistrate Judge of the United States District Court for the Eastern District of Louisiana, on the 14th day of October, 2020, at 11:00 a.m.  Defendants respectfully suggest oral argument will aid the Court in its consideration of the issues raised.

      **Respectfully submitted,**

      MILLING BENSON WOODWARD **L.L.P.**

      *s/ Chadwick W. Collings*

      **Chadwick W. Collings, T.A.         # 25373**
      **68031 Capital Trace Row**
      **Mandeville, Louisiana 70471**
      **Telephone:    (985) 292-2000**
      **Facsimile:    (985) 292-2001**
      **E-mail:        cccollings@millinglaw.com**
      *Attorneys for Sheriff Randy Smith, Brandon Stephens, and Christopher Comeaux*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on September 29, 2020, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                        __*s/ Chadwick W. Collings*__
                                        **Chadwick W. Collings**