UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE,<br>*Plaintiff* | CIVIL ACTION<br>NO. 14-1554 |
| VERSUS | SECTION: "H" (1) |
| DISTRICT ATTORNEY WALTER REED,<br>ET AL.,<br>*Defendants* | JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that the submission date for Defendants' Motion to Quash (Rec. Doc. 130) is hereby continued to **Wednesday, October 21, 2020**, at **11:00 a.m.**, with oral argument via VIDEO CONFERENCE before Magistrate Judge Janis van Meerveld. A link to join the conference will be circulated to counsel of record via email.

IT IS FURTHER ORDERED that the Court will only grant leave to file a memorandum in reply if (1) the proposed memorandum addresses issues raised by the memorandum in opposition, but not addressed in the original memorandum in support, and (2) the proposed memorandum and motion for leave are filed into the record by 5:00 p.m. on the Friday preceding oral argument.

New Orleans, Louisiana, this 1st day of October, 2020.

Janis van Meerveld
United States Magistrate Judge

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*