UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | * | |
| | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO: 14-1554 |
| | * | |
| DISTRICT ATTORNEY WALTER P. REED, ST. TAMMANY PARISH RODNEY STRAIN, ADA RONNIE GRACIANETTE, ADA JASON CUCCIA, ST. TAMMANY PARISH DISTRICT ATTORNEY'S OFFICE, ST. TAMMANY PARISH SHERIFF'S OFFICE, DEPUTIES JOHN AND JANE DOES, ABC INS. CO. | * * * * * * * | SECTION: "H" MAGISTRATE: 01 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE CONSENT MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes James J. Bolner, Jr. with the consent of Cary J. Menard, counsel of record for defendants Walter P. Reed, in his official capacity as District Attorney for the 22nd Judicial District, State of Louisiana, Ronald T. Gracianette, Jason Cuccia, and the St. Tammany Parish District Attorney's Office, and moves to be enrolled as additional counsel of record. In support of this motion, it is respectfully submitted that the movant is an Assistant District Attorney for the 22nd Judicial District, duly licensed to practice law in the State of Louisiana, admitted to practice before this Honorable Court, and familiar with the substance of all documents and court orders filed in the case.

Respectfully submitted:

By:   s/ James J. Bolner, Jr.
JAMES J. BOLNER, JR. (La. Bar No. 21485)
21454 Koop Drive, Suite 2G
Mandeville, Louisiana 70471
Telephone: (985) 898-3427
jjbolner@22da.com

## **CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that I have on this 6th day of October 2020, served a copy of the foregoing pleading upon known counsel for all parties to this proceeding via electronic transmission with the Clerk of Court through the CM/ECF filing system.

s/ James J. Bolner, Jr.