UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THERONE MAGEE | * | |
| | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO: 14-1554 |
| | * | |
| DISTRICT ATTORNEY WALTER P. REED, ST. TAMMANY PARISH RODNEY STRAIN, ADA RONNIE GRACIANETTE, ADA JASON CUCCIA, ST. TAMMANY PARISH DISTRICT ATTORNEY'S OFFICE, ST. TAMMANY PARISH SHERIFF'S OFFICE, DEPUTIES JOHN AND JANE DOES, ABC INS. CO. | * * * * * * * | SECTION: "H"  MAGISTRATE: 01 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

**CONSIDERING** the Ex Parte Consent Motion to Enroll Additional Counsel of Record (R. Doc. 133),

**IT IS ORDERED** that James J. Bolner, Jr. be and is hereby enrolled as additional counsel of record for defendants Walter P. Reed, in his official capacity as the former District Attorney for 22nd Judicial District, State of Louisiana, Ronald T. Gracianette, Jason Cuccia, and the St. Tammany Parish District Attorney's Office.

NEW ORLEANS, LOUISIANA, this 9th day of October, 2020.

_____
**HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**