UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERONE MAGEE** | * | **CIVIL ACTION NO14-cv-1554** |
| | * | |
| **VERSUS** | * | **SECTION: H** |
| | * | |
| **WALTER P. REED, ADA RONALD** | * | **JUDGE:** |
| **GRACIANETTE, ADA JASON CUCCIA,** | * | **JANE TRICHE MILAZZO** |
| **ST. TAMMANY PARISH DISTRICT** | * | |
| **ATTORNEY'S OFFICE, ST. TAMMANY** | * | **DIVISION: 2** |
| **SHERIFF RANDY SMITH, BRANDON** | * | |
| **STEPHENS, CHRISTOPHER COMEAUX,** | * | **MAGISTRATE JUDGE:** |
| **DEPUTIES JOHN AND JANE DOE, AND** | * | **JANIS VAN MEERVELD** |
| **ABC INSURANCE COMPANIES** | * | |
| | * | **JURY TRIAL** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

In Consideration of the foregoing *Requests for Oral Argument* (Docs. 153, 161),

**IT IS ORDERED THAT** oral argument on Defendants' Motions for Summary Judgment (Docs. 149, 157) is **SET** for January 21, 2021 at 10:30 a.m. by Zoom video. The case manager will forward the Zoom link prior to the hearing date.

New Orleans, Louisiana this 21st day of December, 2020.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**