UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THERONE MAGEE** | * CIVIL RIGHTS ACTION |
| | * NO. 14-1554 |
| **VERSUS** | * |
| | * SECTION: "H" (2) |
| **WALTER REED, et. al.** | * |
| | * JURY TRIAL |
| * * * * * * * * * * * * * * * * * * | * |

**ORDER**

IT IS ORDERED that Kenneth C. Bordes's Motion to Withdraw (Doc. 167) is GRANTED, and that Kenneth C. Bordes, Esq. (LA Bar Roll #35668) is permitted to withdraw, and is hereby withdrawn, as counsel of record for Plaintiff, Therone Magee.

IT IS FURTHER ORDERED that the submission dates for the Motion for Summary Judgment by Jason Cuccia, Ronald Gracianette, Walter P. Reed, and St. Tammany Parish District Attorney's Office (Doc. 157) and the Motion for Summary Judgment by Walter P. Reed in his individual capacity (Doc. 149) are hereby CONTINUED and RESET for February 24, 2021.

IT IS FURTHER ORDERED that oral argument on Defendants' Motions for Summary Judgment (Docs. 149, 157), currently scheduled for January 21, 2021 is hereby CONTINUED and RESET for March 4, 2021 at 9:30 a.m.

Signed on this 4th day of January, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**