UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE,<br>*Plaintiff* | CIVIL ACTION<br>NO. 14-1554 |
| VERSUS | SECTION: "H" (1) |
| DISTRICT ATTORNEY WALTER REED,<br>ET AL.<br>*Defendants* | JUDGE JANE T. MILAZZO<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER CANCELLING SETTLEMENT CONFERENCE

At the request of counsel, and in light of the fact that Plaintiff is currently without counsel, the settlement conference set for Thursday, January 21, 2021, at 9:00 a.m., is **CANCELLED.** The parties may contact the undersigned Magistrate Judge to reschedule the settlement conference when the time is ripe, or when the District Judge sets a new window for the conference.

New Orleans, Louisiana, this 8th day of January, 2021.

*(signature)*
Janis van Meerveld
United States Magistrate Judge