## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                                          **CIVIL ACTION**

**VERSUS**                                                **NO: 14-1554**

**WALTER REED, ET AL**                                    **SECTION: "H"**

### ORDER

On January 4, 2021, this Court granted Kenneth Bordes's Motion to Withdraw as Plaintiff's counsel (R. Doc. 168). The Court has since conferred with the FBA-NO Pilot Program Coordinator regarding the selection of appropriate counsel pursuant to the Pilot Program's guidelines. Accordingly, the Court hereby appoints the following attorneys to represent Plaintiff:

Matthew S. Almon
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4042
malmon@stonepigman.com
(504) 593-0976

Christine Lama Hadley
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4042
clama@stonepigman.com
(504) 581-3200

1

It is further ordered that the Clerk of Court forward a copy of this order to Plaintiff, Defendants' counsel, and to the Program Coordinator.

New Orleans, Louisiana this 13th day of January, 2021.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**