UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**                              **CIVIL ACTION**

**VERSUS**                                     **NO: 14-1554**

**WALTER REED, ET AL**                         **SECTION: "H"**

## ORDER

Considering the recent admittance of new counsel for Plaintiff and COVID-19 General Order No. 21-1, which suspends all jury trials until May 1, 2021;

**IT IS ORDERED** that the Scheduling Order (Doc. 121) is hereby VACATED.

**IT IS FURTHER ORDERED** that a scheduling conference is SET for **January 21, 2021 at 10:30 a.m.** for the purpose of selecting a new trial date and pretrial deadlines. To participate in the conference, counsel should dial (877) 411-9748 and enter access code: 7562821. The case manager will join the call as the host once all parties are on the line.

New Orleans, Louisiana this 15th day of January, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1