UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERONE MAGEE | CIVIL ACTION |
| VERSUS | NO. 14-1554 |
| WALTER P. REED, ET AL. | SECTION "H" |
| | JUDGE JANE TRICHE MILAZZO |
| | MAGISTRATE JANIS VAN MEERVELD |

*******************************************

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Therone Magee ("Mr. Magee") respectfully moves in accordance with Rule 6(b) of the Federal Rules of Civil Procedure and/or Rule 7.8 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana for a 21-day extension of time to plead in response to Defendants' Motions for Summary Judgment [R. Docs. 149, 157].

The submission dates for Defendants' Motions for Summary Judgment were previously reset to February 24, 2021 as a consequence of Mr. Magee's previous counsel being allowed to withdraw [R. Doc. 168]. Mr. Magee's Oppositions are currently due on February 16, 2021. New counsel for Mr. Magee was appointed on January 13, 2021 [R. Doc. 170]. Mr. Magee's new counsel needs additional time to become familiar with the matter, its current status, and the arguments raised in Defendants' Motions for Summary Judgment before drafting and filing Mr. Magee's Opposition documents.

Pursuant to Rule of Civil Procedure 6(b) and/or Local Rule 7.8, good cause exists for the requested extension of time, and Mr. Magee hereby certifies that there has been no previous

extension of time to plead and that Defendants have not filed in the record an objection to an extension of time.  *See* Local Rule 7.8 Certificate.  Accordingly, Mr. Magee respectfully requests that, in accordance with Rule of Civil Procedure 6(b), Local Rule 7.8, and the general power and authority of this Court, the Court grant an extension of 21 days, which would move the deadline for the filing of Mr. Magee's Summary Judgment Oppositions to March 9, 2021.

**WHEREFORE,** Therone Magee prays that he be granted a 21-day extension of time to file his Oppositions to the Motions for Summary Judgment.

Dated: February 3, 2021

Respectfully submitted,

*/s/ Matthew S. Almon*
Christine Lama Hadley, La. Bar No. 38810
Matthew S. Almon, La. Bar No. 31013
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4042
Telephone:  (504) 581-3200

*Attorneys for Therone Magee*

1296933v.1