MINUTE ENTRY
MILAZZO, J.
February 5, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**THERONE MAGEE**  **CIVIL ACTION**

**VERSUS**  **NO: 14-1554**

**WALTER REED**  **SECTION: "H"**

## MINUTE ENTRY

On February 5, 2021, the Court held a telephone status conference. Matthew Almon and Christine Lama participated on behalf of Plaintiff; Cary Menard, Ralph Alexis, III and Glenn Adams participated on behalf of Defendants Ronald Gracianette, Jason Cuccia, and Walter Reed in his official capacity; Chadwick Collings participated on behalf of Defendants Christopher Comeaux and Randy Smith; and Richard Simmons participated on behalf of Defendant Walter Reed in his personal capacity. The parties discussed Plaintiff's Motion for Extension of Time to File Opposition to Motions for Summary Judgment.

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to File Opposition to Motions for Summary Judgment (Doc. 173) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Oppositions to Defendants' Motions for Summary Judgment (Docs. 149, 157) are due on March 4, 2021.

**IT IS FURTHER ORDERED** that Defendants' Replies to Plaintiff's Oppositions are due on March 19, 2021.

**IT IS FURTHER ORDERED** that the Oral Argument on the Motions for Summary Judgment (Docs. 149, 157) is hereby **CONTINUED** and **RESET** for April 8, 2021 at 9:30 a.m. by Zoom video. The Case Manager will circulate the Zoom link prior to the hearing date.



(JS-10:13)